## United States District Court
### District Of Maryland

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

October 7, 2019

MEMORANDUM TO COUNSEL

Re: *State of Maryland v. Exxon Mobil Corp. et al.*
Civil Action No. ELH-18-0459

Dear Counsel:

The Editorial Staff at West Publishing recently advised me that it has selected the Court's Memorandum Opinion of September 4, 2019 (ECF 401) for publication in the Federal Supplement.

In the course of reviewing the Memorandum Opinion for purposes of print publication, I have made a handful of non-substantive, typographical corrections. The revised version will be docketed.

I reiterate that the substance of the Memorandum Opinion has not been altered. The Order (ECF 402), issued on September 4, 2019, is unchanged.

Very truly yours,

/s/

Ellen Lipton Hollander
United States District Judge