# Exhibit A

CLOSED MATTERS RE FOCUS SITES

| Focus Site No. | Facility ID | Site Name | Street Address | City | Zip | Closed Case No. | Closure Date |
|---|---|---|---|---|---|---|---|
| 1 | 6273 | SHA HEREFORD SHOP | 306 MT CARMEL RD | PARKTON | 21120 | 15-0722BA<br>9-0854BA2<br>98-1670BA2<br>09-0730BA<br>15-0180BA<br>9-1444BA3<br>03-1413BA2<br>16-0636BA | 8/26/2016<br>8/21/1998<br>8/21/1998<br>10/13/2010<br>10/30/2015<br>Cancelled<br>6/23/2003<br>12/30/2019 |
| 2 | n/a | Holabird Ave. | 2021 S. Clinton St. | Baltimore | 21222 | 12-0449BC | 4/21/2021 |
| 3 | 5394 | Amoco 00809 | 8720 Baltimore National Pike | Ellicott City | 21042 | 94-1539HO<br>12-0015HO | 11/24/1993<br>1/24/2012 |
| 4 | 1883 | TEXACO #303418 | 29290 THREE NOTCH RD | CHARLOTTE HALL | 20622 | 97-0409SM<br>90-2225SM | 2/16/2001<br>9/27/1990 |
| 7 | 5617 | Exxon 2-2886 | 303 Mountain Road<br>303 Mountain Road and Waterford | Pasadena | 21122 | 90-2518AA<br>9-1611AA | 4/18/2017<br>4/18/1989 |
| 9 | 11179 | Former Hess Station No. 20501 | 1801 N. Charles St. | Baltimore | 21291 | 96-1820BC1<br>09-0789BC<br>11-0081BC<br>11-0601BC | 5/6/2009<br>2/22/2010<br>5/12/2017<br>8/12/2011 |
| 10 | 4520 | Suitland Exxon / Super C | 6500 Suitland Road | Morningside (Suitland) | 20746 | 98-0738PG1<br>6-0777PG1<br>13-0716PG | 6/5/2003<br>2/11/1991<br>10/7/2013 |
| 11 | 14932 | A-1 Mart | 649 Himes Avenue | Frederick | 21703 | 09-0405FR<br>93-1232FR | 5/7/2010<br>6/17/2008 |
| 13 | 20285 | Baltimore Terminal | 1800 Frankfurst Ave. | Baltimore | 21226 | 13-0243BL<br>8-1178BC1<br>8-1270BC1<br>8-1423BC1<br>90-0705BC1<br>92-1261BC1<br>92-3034BC1<br>07-0378BC1 | 10/1/2014<br>9/11/1992<br>9/11/1992<br>9/11/1992<br>2/28/1990<br>12/5/1995<br>4/11/1996<br>1/4/2008 |
| 14 | 1437 | 7-Eleven 28890 | 1610 RIDGESIDE DR | MOUNT AIRY | 21771-5281 | 9-1466CL<br>95-1612CL<br>10-0624CL<br>11-0400CL | 11/17/2004<br>8/28/1996<br>7/22/2011<br>7/22/2011 |
| 16 | 9221 | SHELL | 501 Quince Orchard Road | Gaithersburg | 20878 | 04-0022MO<br>9-1433MO<br>93-0405MO<br>94-0582MO<br>96-0626MO2<br>98-0651MO2<br>03-1164MO2<br>14-0421MO | 2/21/2008<br>5/24/1993<br>5/24/1993<br>11/11/1993<br>1/10/1996<br>9/29/1997<br>7/30/2003<br>4/29/2014 |
| 17 | 11027 | 00035204 / Lowry & Daughty/ Eatern Petroleum | RT. 50 REVELL HWY. & WHITEHALL / 1001 Skidmore Dr. | ANNAPOLIS | 21409 | 91-1359AA1<br>92-1132AA1<br>97-1118AA2<br>02-0560AA2 | 2/4/1991<br>5/10/1995<br>9/17/2001<br>9/2/2003 |
| 18 | 19929 | Wawa 599 | 1419 South Mountain Road | Joppa | 21085 | 10-0189HA<br>09-0041HA | 7/13/2010<br>7/18/2008 |
| 19 | 15279 | SAUNDERS RESIDENCE | 8014 REDSTONE RD | BALTIMORE | 21087 | 04-1590BA | 3/5/2007 |
| 20 | 4575 | SUNOCO | 3700 UNIVERSITY BLVD | KENSINGTON | 20895 | 03-0596MO1<br>03-1700MO1<br>92-1646MO1 | 8/9/2004<br>6/18/2004<br>5/21/1998 |
| 21 | 9114 | TEVIS OIL BULK PLANT | 1618 HANOVER PIKE | HAMPSTEAD | 21074 | 13-0658CL<br>93-1617CL<br>96-0526CL | 7/9/2013<br>2/18/1993<br>4/18/1995 |
| 22 | 13398 | SUDBROOK CTR/FRMR EXXON #22101 | 1204 REISTERSTOWN RD | BALTIMORE | 21208 | 05-1066BA | 4/18/2005 |
| 23 | 16976 | THE COUNTRY SHOP | 22145 SHORE HWY | HILLSBORO | 21641 | 90-2645CO | 5/9/1996 |
| 24 | 2104 | TEXACO | 1133 S PHILADELPHIA BLVD | ABERDEEN | 21001 | 09-0731HA<br>90-1341HA<br>08-0435HA<br>06-0323HA | 9/2/2009<br>8/17/1998<br>5/2/2008<br>6/19/2007 |
| 25 | 16827 | BATTLESWAMP MARKET | 560 CRAIGTOWN RD | PORT DEPOSIT | 21904 | 92-1618CE | 5/27/2015 |
| 26 | 15286 | NAMI PROPERTY | 7301 BALTIMORE AVE | COLLEGE PARK | 20741 | 04-1484PG | 6/7/2004 |
| 28 | 10361 | ROCK HALL WATER TREATMENT PLANT | 5768 LIBERTY ST | ROCK HALL | 21661 | 00-1444KE | 4/13/2011 |
| 29 | 12232 | WILSON POWELL LINCOLN MERCURY | 4700 BRANCH AVE | MARLOW HEIGHTS | 20746 | 95-2403PG<br>7-1778PG<br>93-0376PG<br>07-0143PG1 | 8/17/1995<br>11/19/1987<br>8/21/1992<br>8/24/2006 |
| 30 | 728 | GRANTSVILLE MARKET/PETERS FUEL | 168 MAIN ST | GRANTSVILLE | 21536 | 04-2159GA<br>4-4001GA<br>94-0913GA<br>05-0020GA | 7/24/2006<br>3/2/2001<br>Unknown<br>10/19/2004 |

CLOSED MATTERS RE FOCUS SITES

| 31 | 12990 | WOR-WIC COMMUNITY COLLEGE | 32000 CAMPUS DR | SALISBURY | 21804 | 94-2709WI<br>05-1011WI<br>16-0021WI | 5/1/1995<br>7/26/2005<br>9/15/2015 |
|---|---|---|---|---|---|---|---|
| 32 | 5001 | ROBINWOOD SHELL | 20505 JEFFERSON BLVD | HAGERSTOWN | 21742 | 94-1549WA<br>91-2147WA<br>92-2164WA | 6/28/2006<br>3/24/1998<br>3/24/1998 |
| 33 | 1755 | DON S GENERAL STORE | 3990 HALLOWING POINT RD | PRINCE FREDERICK | 20678 | 07-0941CA<br>7-2027CA<br>93-0684CA | 7/12/2016<br>3/24/1998<br>5/9/2003 |
| 34 | 7479 | SHELL | 2756 ANNAPOLIS RD | JESSUP | 20794 | 03-0086AA<br>91-1338AA1<br>19-0081AA | 12/14/2004<br>1/14/1991<br>5/21/2019 |
| 36 | 14916 | CROWN CORK & SEAL | 4401 EASTERN AVE | BALTIMORE | 21224 | 02-1395BC | 4/11/2006 |
| 37 | 5587 | ROYAL FARMS #88 | 3209 JARRETTSVILLE PIKE | MONKTON | 21111 | 9-0374HA<br>01-0641HA<br>06-0316HA<br>13-0772HA | 4/27/1999<br>2/21/2002<br>7/22/2011<br>12/18/2019 |
| 39 | 14817 | WW DREW STABLER PROPERTY | 5210 DAMASCUS RD | LAYTONSVILLE | 20882 | 03-0443MO | 11/25/2000 |
| 40 | 6155 | EXXON #25748 | 100 BACK RIVER NECK RD | ESSEX | 21221 | 99-1564BA4<br>99-1704BA4 | 10/26/1999<br>12/6/2001 |
| 41 | 14215 | RUPPERSBURGER & SONS | 2639 PENNSYLVANIA AVE | BALTIMORE | 21217 | 95-1384BC | 10/24/1997 |
| 42 | 20287 | LAVALE RESCUE SQUAD | 977 NATIONAL HWY | CUMBERLAND | 21502 | 12-0320AL | 7/26/2013 |
| 43 | 19484 | PROPERTY | 6710 MALLARD RD | BALTIMORE | 21220 | 01-1636BA | 9/3/2004 |
| 44 | 2713 | FOREST DRIVE BP | 1824 FOREST DR | ANNAPOLIS | 21401 | 91-1186AA1<br>94-1912AA2<br>02-0777AA<br>10-0304AA | 4/7/1993<br>3/9/1995<br>6/7/2004<br>2/12/2016 |
| 45 | 10470 | WAWA #593 | 10515 Baltimore Avenue | Beltsville | 20705 | 99-3017PG2<br>11-0295PG<br>12-0445PG | 7/20/1999<br>5/23/2011<br>7/13/2012 |
| 47 | 4532 | CLARKSBURG GROCERIES BEER & WINE | 23329 FREDERICK RD | CLARKSBURG | 20871 | 90-06340MO<br>7-14222MO<br>05-0562MO<br>19-0010MO | 11/10/2004<br>6/23/1987<br>1/21/2005<br>2/15/2019 |
| 48 | 11777 | MERIT / HESS #20506 | 3205 WASHINGTON BLVD | BALTIMORE | 21230 | 9-0777BC<br>90-0019BC1<br>90-1838BC1<br>97-2142BC1<br>00-115BC<br>11-0080BC | 12/20/1999<br>9/16/2005<br>3/14/1990<br>9/21/1999<br>9/18/2004<br>10/14/2011 |
| 49 | 14708 | SROUR PROPERTY-FORMER NORRIS GARAGE | 815 VEIRS MILL RD | ROCKVILLE | 20851 | 92-1758MO<br>03-0373MO1 | 4/21/1992<br>11/4/2002 |
| 50 | 19649 | HI-LAND FARM 2 LLC | 13288 HIGHLAND RD | HIGHLAND | 20777 | 08-0164HO | 7/7/2008 |



**Maryland**
Department of
the Environment

# Oil Control Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442   1-800-633-6101  x3442

http://www.mde.maryland.gov/

---

# Oil Control Program Case Information Report

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 15-0722BA | | | |
| **Date Open:** | JUN 11, 2015 | | | |
| **Spill Location:** | SHA HEREFORD SHOP | | | |
| **Address:** | 306 MT CARMEL RD, | PARKTON, | MD | 21120 |
| **County:** | BALTIMORE COUNTY | | | |
| **Facility ID:** | 6273 | | | |
| **Release:** | YES | | | |
| **Cleanup:** | YES | | | |
| **Status:** | CLOSED | **Date Closed:** | AUG 26, 2016 | |



**Oil Control Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442   1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 9-0854BA2 | | | |
| **Date Open:** | NOV 21, 1988 | | | |
| **Spill Location:** | STATE HWY ADMIN | | | |
| **Address:** | 306 MT CARMEL RD, | PARKTON, | MD | 21120 |
| **County:** | BALTIMORE COUNTY | | | |
| **Facility ID:** | 6273 | | | |
| **Release:** | YES | | | |
| **Cleanup:** | YES | | | |
| **Status:** | CLOSED | **Date Closed:** | AUG 21, 1998 | |



**Oil Control Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442   1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

**Case No.:**    98-1670BA2

**Date Open:**    FEB 20, 1998

**Spill Location:**    STATE HIGHWAY ADMINISTRATION

**Address:**    306 MT CARMEL RD,    PARKTON,    MD    21120

**County:**    BALTIMORE COUNTY

**Facility ID:**    6273

**Release:**    YES

**Cleanup:**    YES

**Status:**    CLOSED    **Date Closed:**    AUG 21, 1998



**Maryland**
Department of
the Environment

## Oil Control Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 09-0730BA |
| **Date Open:** | JUN 03, 2009 |
| **Spill Location:** | STATE HIGHWAY ADMIN |
| **Address:** | 306 MT CARMEL RD,          PARKTON,          MD      21220 |
| **County:** | BALTIMORE COUNTY |
| **Facility ID:** | 6273 |
| **Release:** | YES |
| **Cleanup:** | YES |
| **Status:** | CLOSED          **Date Closed:**   OCT 13, 2010 |



**Maryland**
Department of
the Environment

# Oil  Control  Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

# Oil Control Program Case Information Report

| | | | | | |
|---|---|---|---|---|---|
| **Case No.:** | 15-0180BA | | | | |
| **Date Open:** | SEP 18, 2014 | | | | |
| **Spill Location:** | SHA HEREFORD | | | | |
| **Address:** | 306 MT CARMEL RD, | | PARKTON, | MD | 21120 |
| **County:** | BALTIMORE COUNTY | | | | |
| **Facility ID:** | 6273 | | | | |
| **Release:** | YES | | | | |
| **Cleanup:** | YES | | | | |
| **Status:** | CLOSED | **Date Closed:** | OCT 30, 2015 | | |



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 9-1444BA3 |
| **Date Open:** | MAR 23, 1989 |
| **Spill Location:** | STATE HWY ADMIN |
| **Address:** | 306 MT CARMEL RD,                    PARKTON,              MD        21120 |
| **County:** | BALTIMORE COUNTY |
| **Facility ID:** | 6273 |
| **Release:** | |
| **Cleanup:** | |
| **Status:** | CANCELLED           **Date Closed:** |



**Maryland**
Department of
the Environment

**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

# Oil Control Program Case Information Report

**Case No.:**          03-1413BA2

**Date Open:**         MAR 19, 2003

**Spill Location:**    BGE

**Address:**           306 MT CARMEL RD,                    PARKTON,          MD       21111

**County:**            BALTIMORE COUNTY

**Facility ID:**

**Release:**           YES

**Cleanup:**           YES

**Status:**            CLOSED          **Date Closed:**    JUN 23, 2003



**Maryland**
Department of
the Environment

# Oil Control Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

# Oil Control Program Case Information Report

**Case No.:**            16-0636BA

**Date Open:**         MAY 13, 2016

**Spill Location:**    HEREFORD SHA FACILITY

**Address:**            306 MT CARMEL RD,                         PARKTON,                 MD        21120

**County:**              BALTIMORE COUNTY

**Facility ID:**         6273

**Release:**             YES

**Cleanup:**            NO

**Status:**               CLOSED              **Date Closed:**    DEC 30, 2019



# Oil  Control  Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

---

# Oil Control Program Case Information Report

**Case No.:**          12-0449BC*

**Date Open:**         FEB 09, 2012

**Spill Location:**    APEX PIPELINE

**Address:**           HOLABIRD AVE,                          BALTIMORE,              MD        21222

**County:**            BALTIMORE CITY

**Facility ID:**       N/A

**Release:**           YES

**Cleanup:**           YES

**Status:**            CLOSED          **Date Closed:**    APR 21, 2021

---



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 12-0015HO |
| **Date Open:** | JUL 12, 2011 |
| **Spill Location:** | 40 WEST BP |
| **Address:** | 8720 BALTIMORE NATIONAL PIKE,        ELLICOTT CITY,        MD        21043 |
| **County:** | HOWARD COUNTY |
| **Facility ID:** | 5394 |
| **Release:** | NO |
| **Cleanup:** | NO |
| **Status:** | CLOSED        **Date Closed:**   JAN 24, 2012 |



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

# Oil Control Program Case Information Report

**Case No.:**        94-1539HO

**Date Open:**        NOV 23, 1993

**Spill Location:**    40 WEST BP AMOCO

**Address:**        8720 BALTIMORE NATIONAL PIKE,        ELLICOTT CITY,        MD        21043

**County:**        HOWARD COUNTY

**Facility ID:**    5394

**Release:**

**Cleanup:**

**Status:**        CLOSED        **Date Closed:**    NOV 24, 1993



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 97-0409SM |
| **Date Open:** | SEP 04, 1996 |
| **Spill Location:** | NEW MARKET TEXACO #325 |
| **Address:** | 29290 THREE NOTCH RD,          CHARLOTTE HALL,      MD      20622 |
| **County:** | ST. MARY'S COUNTY |
| **Facility ID:** | 1883 |
| **Release:** | YES |
| **Cleanup:** | YES |
| **Status:** | CLOSED          **Date Closed:**   FEB 16, 2001 |



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

**Case No.:**        90-2225SM

**Date Open:**      MAY 03, 1990

**Spill Location:**   TEXACO

**Address:**         29290 THREE NOTCH RD,              CHARLOTTE HALL,        MD        20622

**County:**          ST. MARY'S COUNTY

**Facility ID:**      1883

**Release:**

**Cleanup:**

**Status:**          CLOSED           **Date Closed:**     SEP 27, 1990



**Maryland**
Department of
the Environment

**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

# Oil Control Program Case Information Report

**Case No.:**        90-2518AA

**Date Open:**        JUN 12, 1990

**Spill Location:**    EXXON/KLUGS SERVICE STATION

**Address:**        303 MOUNTAIN RD,                    PASADENA,            MD        21122

**County:**        ANNE ARUNDEL COUNTY

**Facility ID:**        5617

**Release:**        YES

**Cleanup:**        YES

**Status:**        CLOSED        **Date Closed:**    APR 18, 2017



**Maryland**
Department of
the Environment

# Oil  Control  Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

# Oil Control Program Case Information Report

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 9-1611AA | | | |
| **Date Open:** | APR 18, 1989 | | | |
| **Spill Location:** | KLUGGS CORNER SHELL #330 | | | |
| **Address:** | 303 MOUNTAIN RD, | PASADENA, | MD | 21122 |
| **County:** | ANNE ARUNDEL COUNTY | | | |
| **Facility ID:** | 5617 | | | |
| **Release:** | | | | |
| **Cleanup:** | | | | |
| **Status:** | CLOSED | **Date Closed:** | APR 18, 1989 | |



## Oil Control Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

**Case No.:**　　96-1820BC1

**Date Open:**　　MAR 20, 1996

**Spill Location:**　　MERIT OIL CORP (HESS #20501)

**Address:**　　1801 N CHARLES ST,　　　　　　BALTIMORE,　　　MD　　21201

**County:**　　BALTIMORE CITY

**Facility ID:**　　11179

**Release:**　　YES

**Cleanup:**　　YES

**Status:**　　CLOSED　　**Date Closed:**　　MAY 06, 2009



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

---

# Oil Control Program Case Information Report

**Case No.:**        09-0789BC

**Date Open:**       JUN 30, 2009

**Spill Location:**  HESS #20501

**Address:**         1801 N CHARLES ST,              BALTIMORE,          MD          21291

**County:**          BALTIMORE CITY

**Facility ID:**     11179

**Release:**         NO

**Cleanup:**         NO

**Status:**          CLOSED          **Date Closed:**   FEB 22, 2010

---



**Oil Control Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 11-0081BC | | | |
| **Date Open:** | AUG 05, 2010 | | | |
| **Spill Location:** | HESS STATION #20501 | | | |
| **Address:** | 1801 N CHARLES ST, | BALTIMORE, | MD | 21201 |
| **County:** | BALTIMORE CITY | | | |
| **Facility ID:** | 11179 | | | |
| **Release:** | YES | | | |
| **Cleanup:** | | | | |
| **Status:** | CLOSED | **Date Closed:** | MAY 12, 2017 | |



# Oil  Control  Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

**Case No.:**        11-0601BC

**Date Open:**       APR 25, 2011

**Spill Location:**   HESS #20501

**Address:**         1801 N CHARLES ST,                    BALTIMORE,              MD          21201

**County:**          BALTIMORE CITY

**Facility ID:**      11179

**Release:**         YES

**Cleanup:**         YES

**Status:**          CLOSED        **Date Closed:**    AUG 12, 2011



**Maryland**
Department of
the Environment

# Oil  Control  Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 98-0738PG1 |
| **Date Open:** | OCT 02, 1997 |
| **Spill Location:** | SUPER C |

| **Address:** | 6500 SUITLAND RD, | SUITLAND, | MD | 20746 |
|---|---|---|---|---|

| | |
|---|---|
| **County:** | PRINCE GEORGE'S COUNTY |
| **Facility ID:** | 4520 |
| **Release:** | YES |
| **Cleanup:** | YES |

| **Status:** | CLOSED | **Date Closed:** | JUN 05, 2003 |
|---|---|---|---|



**Oil Control Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

**Case No.:**        6-0777PG1

**Date Open:**      JAN 29, 1986

**Spill Location:**   SUPER C STORE

**Address:**        6500 SUITLAND RD,              SUITLAND,           MD       20746

**County:**          PRINCE GEORGE'S COUNTY

**Facility ID:**      4520

**Release:**

**Cleanup:**

**Status:**          CLOSED          **Date Closed:**   FEB 11, 1991



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 13-0716PG | | | |
| **Date Open:** | MAY 30, 2013 | | | |
| **Spill Location:** | MORNINGSIDE EXXON | | | |
| **Address:** | 6500 SUITLAND RD, | SUITLAND, | MD | 20746 |
| **County:** | PRINCE GEORGE'S COUNTY | | | |
| **Facility ID:** | 4520 | | | |
| **Release:** | NO | | | |
| **Cleanup:** | NO | | | |
| **Status:** | CLOSED | **Date Closed:** | OCT 07, 2013 | |



**Maryland**
Department of
the Environment

## Oil  Control  Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 09-0405FR |
| **Date Open:** | JAN 07, 2009 |
| **Spill Location:** | A-1 MART |
| **Address:** | 649 HIMES AVE,                FREDERICK,        MD        21703 |
| **County:** | FREDERICK COUNTY |
| **Facility ID:** | 14932 |
| **Release:** | NO |
| **Cleanup:** | NO |
| **Status:** | CLOSED          **Date Closed:**   MAY 07, 2010 |



**Maryland**
Department of
the Environment

# Oil Control Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442   1-800-633-6101  x3442

http://www.mde.maryland.gov/

---

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 93-1232FR |
| **Date Open:** | DEC 21, 1992 |
| **Spill Location:** | UNI-MART #06005 |
| **Address:** | 649 HIMES AVE, FREDERICK, MD 21703 |
| **County:** | FREDERICK COUNTY |
| **Facility ID:** | 14932 |
| **Release:** | YES |
| **Cleanup:** | YES |
| **Status:** | CLOSED  **Date Closed:** JUN 17, 2008 |



**Maryland**
Department of
the Environment

# Oil  Control  Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

## Oil Control Program Case Information Report

**Case No.:**          13-0243BC

**Date Open:**        OCT 25, 2012

**Spill Location:**    NUSTAR TERMINAL

**Address:**           1800 FRANKFURST AVE,                BALTIMORE,            MD        21226

**County:**            BALTIMORE CITY

**Facility ID:**        20285

**Release:**           YES

**Cleanup:**

**Status:**            CLOSED             **Date Closed:**    OCT 01, 2014



**Oil Control Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

**Case No.:**        8-1178BC1

**Date Open:**       JAN 21, 1988

**Spill Location:**  S T SERVICES INC

**Address:**         1800 FRANKFURST AVE,            BALTIMORE,            MD        21226

**County:**          BALTIMORE CITY

**Facility ID:**     20285

**Release:**

**Cleanup:**

**Status:**          CLOSED          **Date Closed:**   SEP 11, 1992



# Oil  Control  Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

**Case No.:**          8-1270BC1

**Date Open:**        FEB 08, 1988

**Spill Location:**     S T SERVICES

**Address:**            1800 FRANKFURST AVE,                    BALTIMORE,              MD          21226

**County:**             BALTIMORE CITY

**Facility ID:**        20285

**Release:**

**Cleanup:**

**Status:**             CLOSED               **Date Closed:**      SEP 11, 1992



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

---

# Oil Control Program Case Information Report

**Case No.:**          8-1423BC1

**Date Open:**         FEB 27, 1988

**Spill Location:**    S T SERVICES

**Address:**           1800 FRANKFURST AVE,                 BALTIMORE,              MD        21226

**County:**            BALTIMORE CITY

**Facility ID:**       20285

**Release:**

**Cleanup:**

**Status:**            CLOSED          **Date Closed:**     SEP 11, 1992

---



# Oil  Control  Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

---

## Oil Control Program Case Information Report

**Case No.:**        90-0705BC1

**Date Open:**       OCT 12, 1989

**Spill Location:**  ST SERVICES

**Address:**         1800 FRANKFURST AVE,              BALTIMORE,         MD        21226

**County:**          BALTIMORE CITY

**Facility ID:**     20285

**Release:**

**Cleanup:**

**Status:**          CLOSED          **Date Closed:**    FEB 28, 1990

---



**Maryland**
Department of
the Environment

# Oil Control Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

---

## Oil Control Program Case Information Report

**Case No.:**         92-1261BC1

**Date Open:**        NOV 15, 1991

**Spill Location:**    ST SERVICES

**Address:**           1800 FRANKFURST AVE,               BALTIMORE,           MD        21226

**County:**            BALTIMORE CITY

**Facility ID:**       20285

**Release:**

**Cleanup:**

**Status:**            CLOSED              **Date Closed:**    DEC 05, 1995

---



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

**Case No.:**          07-0378BC1

**Date Open:**        NOV 26, 2006

**Spill Location:**    VALERO BALTIMORE TERMINAL

**Address:**          1800 FRANKFURST AVE,                BALTIMORE,              MD        21226

**County:**           BALTIMORE CITY

**Facility ID:**       20285

**Release:**          YES

**Cleanup:**          YES

**Status:**           CLOSED          **Date Closed:**    JAN 04, 2008



**Maryland**
Department of
the Environment

**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

# Oil Control Program Case Information Report

**Case No.:**           92-3034BC1

**Date Open:**          JAN 07, 1992

**Spill Location:**     ST SERVICES

**Address:**            1800 FRANKFURST AVE,                    BALTIMORE,                MD          21226

**County:**             BALTIMORE CITY

**Facility ID:**        20285

**Release:**

**Cleanup:**

**Status:**             CLOSED              **Date Closed:**      APR 11, 1996



**Maryland**
Department of
the Environment

# Oil Control Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442   1-800-633-6101  x3442

http://www.mde.maryland.gov/

---

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 9-1466CL |
| **Date Open:** | MAR 29, 1989 |
| **Spill Location:** | HIGH'S DAIRY STORE |
| **Address:** | 1610 RIDGESIDE DR,                    MT AIRY,                    MD        21771 |
| **County:** | |
| **Facility ID:** | 1437 |
| **Release:** | YES |
| **Cleanup:** | NO |
| **Status:** | CLOSED        **Date Closed:**   NOV 17, 2004 |



**Oil Control Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

**Case No.:**        95-1612CL

**Date Open:**       JAN 09, 1995

**Spill Location:**   7-ELEVEN #28890

**Address:**         1610 RIDGESIDE DR,                    MT AIRY,              MD        21771

**County:**

**Facility ID:**      1437

**Release:**

**Cleanup:**

**Status:**          CLOSED              **Date Closed:**    AUG 28, 1996



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 10-0624CL |
| **Date Open:** | MAY 19, 2010 |
| **Spill Location:** | 7-ELEVEN #28890 |
| **Address:** | 1610 RIDGESIDE DR,                    MT AIRY,                    MD        21771 |
| **County:** | |
| **Facility ID:** | 1437 |
| **Release:** | YES |
| **Cleanup:** | YES |
| **Status:** | CLOSED        **Date Closed:**    JUL 22, 2011 |



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

**Case No.:**　　　　11-0400CL

**Date Open:**　　　　JAN 19, 2011

**Spill Location:**　　7-ELEVEN #28890

**Address:**　　　　　1610 RIDGESIDE RD,　　　　　　MT AIRY,　　　　　MD　　21771

**County:**

**Facility ID:**　　　1437

**Release:**　　　　　YES

**Cleanup:**　　　　　YES

**Status:**　　　　　CLOSED　　　**Date Closed:**　　JUL 22, 2011



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

**Case No.:**          04-0022MO2

**Date Open:**        JUL 02, 2003

**Spill Location:**    SHELL

**Address:**          501 QUINCE ORCHARD RD,                GAITHERSBURG,          MD          20878

**County:**            MONTGOMERY COUNTY

**Facility ID:**        9221

**Release:**          YES

**Cleanup:**          YES

**Status:**            CLOSED          **Date Closed:**    FEB 21, 2008



# Oil Control Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442   1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

---

## Oil Control Program Case Information Report

**Case No.:**　　9-1433MO

**Date Open:**　　MAR 27, 1989

**Spill Location:**　　SHELL #838

**Address:**　　501 QUINCE ORCHARD RD,　　　GAITHERSBURG,　　MD　　20878

**County:**　　MONTGOMERY COUNTY

**Facility ID:**　　9221

**Release:**

**Cleanup:**

**Status:**　　CLOSED　　　**Date Closed:**　　MAY 24, 1993

---



**Oil Control Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

**Case No.:**        93-0405MO

**Date Open:**       AUG 28, 1992

**Spill Location:**   SHELL

**Address:**         501 QUINCE ORCHARD RD,            GAITHERSBURG,          MD          20878

**County:**          MONTGOMERY COUNTY

**Facility ID:**      9221

**Release:**

**Cleanup:**

**Status:**          CLOSED            **Date Closed:**    MAY 24, 1993



# Oil  Control  Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442   1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

---

# Oil Control Program Case Information Report

**Case No.:** 94-0582MO

**Date Open:** AUG 20, 1993

**Spill Location:** SHELL

**Address:** 501 QUINCE ORCHARD RD,                 GAITHERSBURG,          MD          20878

**County:** MONTGOMERY COUNTY

**Facility ID:** 9221

**Release:**

**Cleanup:**

**Status:** CLOSED          **Date Closed:** NOV 11, 1993

---



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

**Case No.:**        96-0626MO2

**Date Open:**       OCT 02, 1995

**Spill Location:**  SHELL

**Address:**         501 QUINCE ORCHARD RD,              GAITHERSBURG,          MD        20878

**County:**          MONTGOMERY COUNTY

**Facility ID:**     9221

**Release:**

**Cleanup:**

**Status:**          CLOSED            **Date Closed:**      JAN 10, 1996



## Oil Control Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

---

# Oil Control Program Case Information Report

**Case No.:**        98-0651MO2

**Date Open:**       SEP 23, 1997

**Spill Location:**  SHELL

**Address:**         501 QUINCE ORCHARD RD,          GAITHERSBURG,          MD        20878

**County:**          MONTGOMERY COUNTY

**Facility ID:**     9221

**Release:**         NO

**Cleanup:**         NO

**Status:**          CLOSED          **Date Closed:**   SEP 29, 1997

---



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 03-1164MO2 |
| **Date Open:** | FEB 07, 2003 |
| **Spill Location:** | SHELL |
| **Address:** | 501 QUINCE ORCHARD BLVD,            GAITHERSBURG,         MD         20878 |
| **County:** | MONTGOMERY COUNTY |
| **Facility ID:** | 9221 |
| **Release:** | YES |
| **Cleanup:** | YES |
| **Status:** | CLOSED          **Date Closed:**    JUL 30, 2003 |



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 14-0421MO |
| **Date Open:** | JAN 17, 2014 |
| **Spill Location:** | SHELL #838 |
| **Address:** | 501 QUINCE ORCHARD RD,          GAITHERSBURG,          MD          20878 |
| **County:** | MONTGOMERY COUNTY |
| **Facility ID:** | 9221 |
| **Release:** | YES |
| **Cleanup:** | YES |
| **Status:** | CLOSED          **Date Closed:** APR 29, 2014 |



**Oil Control Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 91-1359AA1 |
| **Date Open:** | JAN 17, 1991 |
| **Spill Location:** | LOWRY & DAUGHTY |
| **Address:** | 1001 SKIDMORE DR / 625 REVELL HWY,       ANNAPOLIS,                    21409 |
| **County:** | ANNE ARUNDEL COUNTY |
| **Facility ID:** | 11027 |
| **Release:** | |
| **Cleanup:** | |
| **Status:** | CLOSED          **Date Closed:**   FEB 04, 1991 |



**Maryland**
Department of
the Environment

# Oil Control Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

---

## Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 92-1132AA1 |
| **Date Open:** | NOV 05, 1991 |
| **Spill Location:** | LOWRY SUNOCO |

| **Address:** | 1001SKIDMORE DR / 625 REVELL HWY, | ANNAPOLIS, | MD | 21409 |
|---|---|---|---|---|

| | |
|---|---|
| **County:** | ANNE ARUNDEL COUNTY |
| **Facility ID:** | 11027 |
| **Release:** | |
| **Cleanup:** | |

| **Status:** | CLOSED | **Date Closed:** | MAY 10, 1995 |
|---|---|---|---|



**Oil Control Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

**Case No.:**        97-1118AA2

**Date Open:**      DEC 12, 1996

**Spill Location:**   EASTERN PETROLEUM - OASIS MART #16

**Address:**         1001 SKIDMORE DR,              ANNAPOLIS,        MD        21409

**County:**          ANNE ARUNDEL COUNTY

**Facility ID:**      11027

**Release:**         YES

**Cleanup:**         YES

**Status:**          CLOSED          **Date Closed:**    SEP 17, 2001



**Oil Control Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 02-0560AA2 |
| **Date Open:** | OCT 22, 2001 |
| **Spill Location:** | MARK BOWEN PROPERTY |
| **Address:** | 1001 SKIDMORE DR,                    ANNAPOLIS,           MD        21409 |
| **County:** | ANNE ARUNDEL COUNTY |
| **Facility ID:** | 11027 |
| **Release:** | NO |
| **Cleanup:** | NO |
| **Status:** | CLOSED          **Date Closed:**   SEP 02, 2003 |



**Maryland**
Department of
the Environment

# Oil  Control  Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442   1-800-633-6101  x3442

http://www.mde.maryland.gov/

# Oil Control Program Case Information Report

**Case No.:**        10-0189HA

**Date Open:**       OCT 08, 2009

**Spill Location:**   WAWA #599

**Address:**         1419 S MOUNTAIN RD,              JOPPA,              MD        21085

**County:**          HARFORD COUNTY

**Facility ID:**      19929

**Release:**         NO

**Cleanup:**         NO

**Status:**          CLOSED          **Date Closed:**    JUL 13, 2010



**Maryland**
Department of
the Environment

# Oil Control Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 09-0041HA |
| **Date Open:** | JUL 18, 2008 |
| **Spill Location:** | PROPOSED WAWA #599 |
| **Address:** | 1419 S MOUNTAIN RD,    JOPPA,    MD    21085 |
| **County:** | HARFORD COUNTY |
| **Facility ID:** | 19929 |
| **Release:** | NO |
| **Cleanup:** | NO |
| **Status:** | CLOSED    **Date Closed:** JUL 18, 2008 |



# Oil Control Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442   1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

---

## Oil Control Program Case Information Report

**Case No.:**        04-1590BA4

**Date Open:**       MAR 18, 2004

**Spill Location:**   SAUNDERS RESIDENCE

**Address:**         8014 REDSTONE RD,                    BALTIMORE,           MD          21087

**County:**          BALTIMORE COUNTY

**Facility ID:**      15279

**Release:**         YES

**Cleanup:**         YES

**Status:**          CLOSED          **Date Closed:**   MAR 05, 2007

---



**Maryland**
Department of
the Environment

## Oil  Control  Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

# Oil Control Program Case Information Report

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 03-0596MO1 | | | |
| **Date Open:** | OCT 31, 2002 | | | |
| **Spill Location:** | AMOCO | | | |
| **Address:** | 3700 W UNIVERSITY BLVD, | KENSINGTON, | MD | 20895 |
| **County:** | MONTGOMERY COUNTY | | | |
| **Facility ID:** | 4575 | | | |
| **Release:** | YES | | | |
| **Cleanup:** | YES | | | |
| **Status:** | CLOSED | **Date Closed:** | AUG 09, 2004 | |



**Maryland**
Department of
the Environment

# Oil Control Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

## Oil Control Program Case Information Report

**Case No.:**        03-1700MO1

**Date Open:**       APR 25, 2003

**Spill Location:**   SUNOCO

**Address:**         3700 UNIVERSITY BLVD,                KENSINGTON,            MD        20895

**County:**          MONTGOMERY COUNTY

**Facility ID:**      4575

**Release:**         NO

**Cleanup:**         NO

**Status:**          CLOSED          **Date Closed:**     JUN 18, 2004



**Maryland**
Department of
the Environment

# Oil Control Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

---

## Oil Control Program Case Information Report

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 92-1646MO1 | | | |
| **Date Open:** | DEC 02, 1991 | | | |
| **Spill Location:** | AMOCO | | | |
| **Address:** | 3700 UNIVERSITY BLVD, | KENSINGTON, | MD | 20895 |
| **County:** | MONTGOMERY COUNTY | | | |
| **Facility ID:** | 4575 | | | |
| **Release:** | YES | | | |
| **Cleanup:** | YES | | | |
| **Status:** | CLOSED | **Date Closed:** | MAY 21, 1998 | |



**Maryland**
Department of
the Environment

# Oil  Control  Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442   1-800-633-6101  x3442

http://www.mde.maryland.gov/

# Oil Control Program Case Information Report

**Case No.:**        13-0658CL

**Date Open:**       MAY 09, 2013

**Spill Location:**  TEVIS OIL BULK PLANT

**Address:**         1618 HANOVER PIKE,              HAMPSTEAD,        MD        21074

**County:**

**Facility ID:**     9114

**Release:**         YES

**Cleanup:**         YES

**Status:**          CLOSED        **Date Closed:**   JUL 09, 2013



**Maryland**
Department of
the Environment

## Oil  Control  Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

---

## Oil Control Program Case Information Report

**Case No.:**         93-1617CL

**Date Open:**        FEB 18, 1993

**Spill Location:**   WALSH FUEL & SUPPLY CO INC / TEVIS OIL

**Address:**          1618 N MAIN ST / HANOVER PIKE,        HAMPSTEAD,        MD        21074

**County:**

**Facility ID:**      9114

**Release:**

**Cleanup:**

**Status:**        CLOSED        **Date Closed:**    FEB 18, 1993

---



**Oil Control Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442   1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

**Case No.:**  96-0526CL

**Date Open:**  SEP 18, 1995

**Spill Location:**  WALSH/TEVIS OIL

**Address:**  1618 N MAIN ST AND HANOVER PIKE,  HAMPSTEAD,  MD  21074

**County:**

**Facility ID:**  9114

**Release:**

**Cleanup:**

**Status:**  CLOSED  **Date Closed:**  SEP 18, 1995



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

**Case No.:**     05-1066BA

**Date Open:**     APR 15, 2005

**Spill Location:**     SUDBROOK CTR/FRMR EXXON #22101

**Address:**     1204 REISTERSTOWN RD,     BALTIMORE,     MD     21208

**County:**     BALTIMORE COUNTY

**Facility ID:**     13398

**Release:**     NO

**Cleanup:**     NO

**Status:**     CLOSED     **Date Closed:**     APR 18, 2005



**Maryland**
Department of
the Environment

**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

# Oil Control Program Case Information Report

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 90-2645CO | | | |
| **Date Open:** | JUN 27, 1990 | | | |
| **Spill Location:** | THE COUNTRY SHOP | | | |
| **Address:** | 22145 SHORE HWY, | HILLSBORO, | MD | 21641 |
| **County:** | | | | |
| **Facility ID:** | 16976 | | | |
| **Release:** | | | | |
| **Cleanup:** | | | | |
| **Status:** | CLOSED | **Date Closed:** | MAY 09, 1996 | |



# Oil Control Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442   1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

## Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 09-0731HA |
| **Date Open:** | JUN 03, 2009 |
| **Spill Location:** | THOMPSON SHELL |
| **Address:** | 1133 S PHILADELPHIA BLVD,   ABERDEEN,   MD   21001 |
| **County:** | HARFORD COUNTY |
| **Facility ID:** | 2104 |
| **Release:** | YES |
| **Cleanup:** | YES |
| **Status:** | CLOSED   **Date Closed:**   SEP 02, 2009 |



# Oil Control Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 90-1341HA |
| **Date Open:** | JAN 11, 1990 |
| **Spill Location:** | TEXACO |
| **Address:** | 1133 S PHILADELPHIA BLVD,            ABERDEEN,            MD        21001 |
| **County:** | HARFORD COUNTY |
| **Facility ID:** | 2104 |
| **Release:** | NO |
| **Cleanup:** | NO |
| **Status:** | CLOSED            **Date Closed:**    AUG 17, 1998 |



**Oil Control Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442   1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 08-0435HA |
| **Date Open:** | JAN 10, 2008 |
| **Spill Location:** | THOMPSON'S SHELL - SMO #429 |
| **Address:** | 1133 S PHILADELPHIA BLVD,            ABERDEEN,            MD        21001 |
| **County:** | HARFORD COUNTY |
| **Facility ID:** | 2104 |
| **Release:** | YES |
| **Cleanup:** | YES |
| **Status:** | CLOSED            **Date Closed:**   MAY 02, 2008 |



**Oil Control Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 06-0323HA |
| **Date Open:** | OCT 13, 2005 |
| **Spill Location:** | THOMPSON'S SHELL #429 (SMO) |
| **Address:** | 1133 S PHILADELPHIA BLVD,   ABERDEEN,   MD   21001 |
| **County:** | HARFORD COUNTY |
| **Facility ID:** | 2104 |
| **Release:** | YES |
| **Cleanup:** | YES |
| **Status:** | CLOSED   **Date Closed:**   JUN 19, 2007 |



**Maryland**
Department of
the Environment

**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

# Oil Control Program Case Information Report

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 92-1618CE | | | |
| **Date Open:** | NOV 22, 1991 | | | |
| **Spill Location:** | BATTLESWAMP MARKET | | | |
| **Address:** | 560 CRAIGTOWN RD, | PORT DEPOSIT, | MD | 21904 |
| **County:** | CECIL COUNTY | | | |
| **Facility ID:** | 16827 | | | |
| **Release:** | YES | | | |
| **Cleanup:** | | | | |
| **Status:** | CLOSED | **Date Closed:** | MAY 27, 2015 | |



**Oil Control Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442   1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

**Case No.:**        04-1484PG2

**Date Open:**       MAR 02, 2004

**Spill Location:**  NAMI PROPERTY

**Address:**         7301 BALTIMORE AVE,              COLLEGE PARK,       MD       20741

**County:**          PRINCE GEORGE'S COUNTY

**Facility ID:**     15286

**Release:**         YES

**Cleanup:**         YES

**Status:**          CLOSED          **Date Closed:**    JUN 07, 2004



**Maryland**
Department of
the Environment

## Oil Control Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

# Oil Control Program Case Information Report

**Case No.:**        00-1444KE

**Date Open:**       MAR 03, 2000

**Spill Location:**  ROCK HALL WATER TREATMENT PLANT

**Address:**         5768 LIBERTY ST,                    ROCK HALL,              MD          21661

**County:**          KENT COUNTY

**Facility ID:**     10361

**Release:**         YES

**Cleanup:**         YES

**Status:**          CLOSED          **Date Closed:**    APR 13, 2011



**Oil Control Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

**Case No.:**          95-2403PG1

**Date Open:**        MAY 02, 1995

**Spill Location:**   WILSON POWELL LINCOLN-MERCURY

**Address:**          4700 BRANCH AVE,               MARLOW HEIGHTS,        MD        20746

**County:**           PRINCE GEORGE'S COUNTY

**Facility ID:**      12232

**Release:**

**Cleanup:**

**Status:**           CLOSED          **Date Closed:**    AUG 17, 1995



**Maryland**
Department of
the Environment

# Oil Control Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442   1-800-633-6101  x3442

http://www.mde.maryland.gov/

---

## Oil Control Program Case Information Report

**Case No.:**        7-1778PG

**Date Open:**       MAR 09, 1987

**Spill Location:**  WILSON POWELL LINCOLN-MERCURY

**Address:**         4700 BRANCH AVE,              MARLOW HEIGHTS,        MD        20748

**County:**          PRINCE GEORGE'S COUNTY

**Facility ID:**     12232

**Release:**

**Cleanup:**

**Status:**          CLOSED          **Date Closed:**    NOV 19, 1987

---



## Oil Control Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442   1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

**Case No.:**          93-0376PG

**Date Open:**         AUG 21, 1992

**Spill Location:**    WILSON POWELL LINCOLN MERCURY

**Address:**           4700 BRANCH AVE,              MARLOW HEIGHTS,        MD        20746

**County:**            PRINCE GEORGE'S COUNTY

**Facility ID:**       12232

**Release:**

**Cleanup:**

**Status:**            CLOSED          **Date Closed:**     AUG 21, 1992



**Maryland**
Department of
the Environment

# Oil  Control  Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 07-0143PG1 |
| **Date Open:** | AUG 16, 2006 |
| **Spill Location:** | DARCARS LINCOLN, MERCURY |
| **Address:** | 4700 BRANCH AVE,                    TEMPLE HILLS,          MD        20748 |
| **County:** | PRINCE GEORGE'S COUNTY |
| **Facility ID:** | 12232 |
| **Release:** | NO |
| **Cleanup:** | NO |
| **Status:** | CLOSED          **Date Closed:**    AUG 24, 2006 |



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

**Case No.:**        04-2159GA

**Date Open:**        JUN 30, 2004

**Spill Location:**    STATE HWY ADMIN

**Address:**         INTERSECTION RT 40 & 495,         GRANTSVILLE,        MD        21536

**County:**          GARRETT COUNTY

**Facility ID:**

**Release:**         YES

**Cleanup:**         YES

**Status:**          CLOSED         **Date Closed:**    JUL 24, 2006



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 4-4001GA |
| **Date Open:** | JAN 23, 1984 |
| **Spill Location:** | GRANTSVILLE MARKET/PETERS FUEL |
| **Address:** | 168 MAIN ST, GRANTSVILLE, MD 21536 |
| **County:** | GARRETT COUNTY |
| **Facility ID:** | 728 |
| **Release:** | YES |
| **Cleanup:** | YES |
| **Status:** | CLOSED   **Date Closed:**   MAR 02, 2001 |



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 94-0913GA |
| **Date Open:** | SEP 23, 1993 |
| **Spill Location:** | PETERS FUEL CORP |
| **Address:** | 168 MAIN ST, | GRANTSVILLE, | MD | 21536 |
| **County:** | GARRETT COUNTY |
| **Facility ID:** | 728 |
| **Release:** | |
| **Cleanup:** | |
| **Status:** | CLOSED | **Date Closed:** |



**Maryland**
Department of
the Environment

# Oil  Control  Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

# Oil Control Program Case Information Report

| | | | | | |
|---|---|---|---|---|---|
| **Case No.:** | 05-0020GA | | | | |
| **Date Open:** | JUL 07, 2004 | | | | |
| **Spill Location:** | GRANTSVILLE MARKET | | | | |
| **Address:** | 168 MAIN ST, | | GRANTSVILLE, | MD | 21536 |
| **County:** | GARRETT COUNTY | | | | |
| **Facility ID:** | 728 | | | | |
| **Release:** | NO | | | | |
| **Cleanup:** | NO | | | | |
| **Status:** | CLOSED | **Date Closed:** | OCT 19, 2004 | | |



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 94-2709WI |
| **Date Open:** | APR 20, 1994 |
| **Spill Location:** | WOR-WIC COMMUNITY COLLEGE |
| **Address:** | 32000 CAMPUS DR,                      SALISBURY,           MD        21804 |
| **County:** | WICOMICO COUNTY |
| **Facility ID:** | 12990 |
| **Release:** | |
| **Cleanup:** | |
| **Status:** | CLOSED         **Date Closed:**   MAY 01, 1995 |



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 05-1011WI |
| **Date Open:** | MAR 31, 2005 |
| **Spill Location:** | WARWICK COMMUNITY COLLEGE |
| **Address:** | 32000 CAMPUS DR,                    SALISBURY,              MD          21804 |
| **County:** | WICOMICO COUNTY |
| **Facility ID:** | 12990 |
| **Release:** | NO |
| **Cleanup:** | NO |
| **Status:** | CLOSED          **Date Closed:**    JUL 26, 2005 |



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 16-0021WI |
| **Date Open:** | JUL 15, 2015 |
| **Spill Location:** | WOR-WIC COMMUNITY COLLEGE |
| **Address:** | 32000 CAMPUS DR,                    SALISBURY,              MD        21804 |
| **County:** | WICOMICO COUNTY |
| **Facility ID:** | 12990 |
| **Release:** | NO |
| **Cleanup:** | |
| **Status:** | CLOSED          **Date Closed:**    SEP 15, 2015 |



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 94-1549WA |
| **Date Open:** | NOV 23, 1993 |
| **Spill Location:** | ROBINWOOD SHELL |
| **Address:** | 20505 JEFFERSON BLVD,                    HAGERSTOWN,          MD          21742 |
| **County:** | WASHINGTON COUNTY |
| **Facility ID:** | 5001 |
| **Release:** | YES |
| **Cleanup:** | YES |
| **Status:** | CLOSED          **Date Closed:**    JUN 28, 2006 |



# Oil  Control  Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442   1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

---

## Oil Control Program Case Information Report

**Case No.:**          91-2147WA

**Date Open:**          MAY 13, 1991

**Spill Location:**     ROBINWOOD SHELL

**Address:**            20505 JEFFERSON BLVD,                    HAGERSTOWN,              MD          21742

**County:**             WASHINGTON COUNTY

**Facility ID:**        5001

**Release:**            YES

**Cleanup:**            YES

**Status:**             CLOSED          **Date Closed:**     MAR 24, 1998

---



**Oil Control Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 92-2164WA |
| **Date Open:** | APR 07, 1992 |
| **Spill Location:** | ROBINWOOD SHELL |
| **Address:** | 20505 JEFFERSON BLVD,      HAGERSTOWN,    MD    21742 |
| **County:** | WASHINGTON COUNTY |
| **Facility ID:** | 5001 |
| **Release:** | |
| **Cleanup:** | |
| **Status:** | CLOSED      **Date Closed:**    MAR 24, 1998 |



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

---

# Oil Control Program Case Information Report

**Case No.:**        07-0941CA

**Date Open:**       JUN 18, 2007

**Spill Location:**  DON'S GENERAL STORE

**Address:**         3990 HALLOWING POINT RD,              PRINCE FREDERICK,        MD         20678

**County:**

**Facility ID:**     1755

**Release:**         YES

**Cleanup:**         YES

**Status:**          CLOSED              **Date Closed:**    JUL 12, 2016

---



**Maryland**
Department of
the Environment

## Oil Control Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

---

## Oil Control Program Case Information Report

**Case No.:** 7-2027CA

**Date Open:** APR 15, 1987

**Spill Location:** S & S VARIETY STORE/BESCHE OIL

**Address:** 3990 HALLOWING POINT RD,          PRINCE FREDERICK,       MD        20678

**County:** CAROLINE COUNTY

**Facility ID:** 1755

**Release:**

**Cleanup:**

**Status:** CLOSED          **Date Closed:** MAR 24, 1988

---



# Oil  Control  Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

## Oil Control Program Case Information Report

**Case No.:**         93-0684CA

**Date Open:**        OCT 06, 1992

**Spill Location:**   DON'S GENERAL STORE

**Address:**          3990 HALLOWING POINT RD,         PRINCE FREDERICK,      MD      20678

**County:**           CAROLINE COUNTY

**Facility ID:**      1755

**Release:**          YES

**Cleanup:**          YES

**Status:**           CLOSED          **Date Closed:**   MAY 09, 2003



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 03-0086AA2 |
| **Date Open:** | JUL 22, 2002 |
| **Spill Location:** | SHELL |
| **Address:** | 2756 ANNAPOLIS RD,             JESSUP,          MD      20794 |
| **County:** | ANNE ARUNDEL COUNTY |
| **Facility ID:** | 7479 |
| **Release:** | YES |
| **Cleanup:** | YES |
| **Status:** | CLOSED       **Date Closed:**   DEC 17, 2004 |



**Oil Control Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

---

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 91-1338AA1 |
| **Date Open:** | JAN 16, 1991 |
| **Spill Location:** | SHELL OIL |
| **Address:** | 2756 ANNAPOLIS RD,          JESSUP,          MD        20794 |
| **County:** | ANNE ARUNDEL COUNTY |
| **Facility ID:** | 7479 |
| **Release:** | |
| **Cleanup:** | |
| **Status:** | CLOSED          **Date Closed:**    JAN 14, 1991 |



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

---

# Oil Control Program Case Information Report

**Case No.:**        19-0081AA

**Date Open:**        AUG 14, 2018

**Spill Location:**    MOBIL MD-716

**Address:**          2756 ANNAPOLIS RD,              JESSUP,          MD        20794

**County:**           ANNE ARUNDEL COUNTY

**Facility ID:**       7479

**Release:**          YES

**Cleanup:**          YES

**Status:**           CLOSED        **Date Closed:**    MAY 21, 2019

---



**Maryland**
Department of
the Environment

**Oil Control Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 02-1395BC4 |
| **Date Open:** | APR 30, 2002 |
| **Spill Location:** | CROWN CORK & SEAL |
| **Address:** | 4401 EASTERN AVE, BALTIMORE, MD 21224 |
| **County:** | BALTIMORE CITY |
| **Facility ID:** | 14916 |
| **Release:** | YES |
| **Cleanup:** | NO |
| **Status:** | CLOSED    **Date Closed:** APR 11, 2006 |



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 9-0374HA |
| **Date Open:** | SEP 06, 1988 |
| **Spill Location:** | HESS COUNTRY STORE |
| **Address:** | 3209 JARRETTSVILLE PIKE,          MONKTON,          MD          21111 |
| **County:** | HARFORD COUNTY |
| **Facility ID:** | 5587 |
| **Release:** | YES |
| **Cleanup:** | YES |
| **Status:** | CLOSED          **Date Closed:**   APR 27, 1999 |



**Oil Control Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 01-0641HA |
| **Date Open:** | NOV 18, 2000 |
| **Spill Location:** | ROYAL FARMS #88 |
| **Address:** | 3209 JARRETTSVILLE PIKE,          MONKTON,          MD          21111 |
| **County:** | HARFORD COUNTY |
| **Facility ID:** | 5587 |
| **Release:** | NO |
| **Cleanup:** | NO |
| **Status:** | CLOSED          **Date Closed:**     FEB 21, 2002 |



# Oil  Control  Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

---

# Oil Control Program Case Information Report

**Case No.:**        06-0316HA

**Date Open:**       OCT 13, 2005

**Spill Location:**  ROYAL FARMS #88

**Address:**         3209 JARRETTSVILLE PIKE,            MONKTON,              MD        21111

**County:**          HARFORD COUNTY

**Facility ID:**     5587

**Release:**         YES

**Cleanup:**         YES

**Status:**          CLOSED            **Date Closed:**    JUL 22, 2011

---



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

**Case No.:**        13-0772HA

**Date Open:**       JUN 19, 2013

**Spill Location:**  ROYAL FARMS #88

**Address:**         3209 JARRETTSVILLE PIKE,              MONKTON,              MD        21111

**County:**          HARFORD COUNTY

**Facility ID:**     5587

**Release:**         NO

**Cleanup:**

**Status:**          CLOSED           **Date Closed:**    DEC 18, 2019



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 03-0443MO2 |
| **Date Open:** | SEP 12, 2002 |
| **Spill Location:** | WW DREW STABLER PROPERTY |
| **Address:** | 5210 DAMASCUS RD,                    LAYTONSVILLE,          MD          20882 |
| **County:** | MONTGOMERY COUNTY |
| **Facility ID:** | 14817 |
| **Release:** | YES |
| **Cleanup:** | YES |
| **Status:** | CLOSED          **Date Closed:**   NOV 25, 2002 |



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 99-1564BA4 | | | |
| **Date Open:** | DEC 18, 1998 | | | |
| **Spill Location:** | EXXON #25748 | | | |
| **Address:** | 100 BACK RIVER NECK RD, | ESSEX, | MD | 21221 |
| **County:** | BALTIMORE COUNTY | | | |
| **Facility ID:** | 6155 | | | |
| **Release:** | | | | |
| **Cleanup:** | | | | |
| **Status:** | CLOSED | **Date Closed:** | OCT 26, 1999 | |



**Maryland**
Department of
the Environment

**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

# Oil Control Program Case Information Report

**Case No.:**          99-1704BA4

**Date Open:**         JAN 13, 1999

**Spill Location:**    EXXON STATION

**Address:**           100 BACK RIVER NECK RD,          ESSEX,          MD          21221

**County:**            BALTIMORE COUNTY

**Facility ID:**       6155

**Release:**           YES

**Cleanup:**           YES

**Status:**            CLOSED          **Date Closed:**    DEC 06, 2001



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 95-1384BC2 |
| **Date Open:** | DEC 05, 1994 |
| **Spill Location:** | RUPPERSBURGER & SONS |
| **Address:** | 2639 PENNSYLVANIA AVE,          BALTIMORE,          MD      21217 |
| **County:** | BALTIMORE CITY |
| **Facility ID:** | 14215 |
| **Release:** | YES |
| **Cleanup:** | |
| **Status:** | CLOSED          **Date Closed:**   OCT 24, 1997 |



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 12-0320AL |
| **Date Open:** | NOV 30, 2011 |
| **Spill Location:** | LAVALE RESCUE SQUAD |
| **Address:** | 977 NATIONAL HWY,                    CUMBERLAND,          MD       21502 |
| **County:** | ALLEGANY COUNTY |
| **Facility ID:** | 20287 |
| **Release:** | YES |
| **Cleanup:** | YES |
| **Status:** | CLOSED          **Date Closed:**   JUL 26, 2013 |



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

**Case No.:**         01-1636BA4

**Date Open:**        MAY 18, 2001

**Spill Location:**   PROPERTY

**Address:**          6710 MALLARD RD,              BALTIMORE,        MD      21220

**County:**           BALTIMORE COUNTY

**Facility ID:**      19484

**Release:**          YES

**Cleanup:**          YES

**Status:**           CLOSED          **Date Closed:**    SEP 03, 2004



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

---

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 91-1186AA1 |
| **Date Open:** | DEC 13, 1990 |
| **Spill Location:** | AMOCO #897 |
| **Address:** | 1824 FOREST DR,              ANNAPOLIS,              MD        21401 |
| **County:** | ANNE ARUNDEL COUNTY |
| **Facility ID:** | 2713 |
| **Release:** | |
| **Cleanup:** | |
| **Status:** | CLOSED            **Date Closed:**   APR 07, 1993 |



**Maryland**
Department of
the Environment

## Oil  Control  Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 94-1912AA2 |
| **Date Open:** | JAN 11, 1994 |
| **Spill Location:** | AMOCO STATION |
| **Address:** | 1824 FOREST DR,                ANNAPOLIS,          MD        21401 |
| **County:** | ANNE ARUNDEL COUNTY |
| **Facility ID:** | 2713 |
| **Release:** | |
| **Cleanup:** | |
| **Status:** | CLOSED          **Date Closed:**    MAR 09, 1995 |



# Oil  Control  Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442   1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

---

# Oil Control Program Case Information Report

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 02-0777AA2 | | | |
| **Date Open:** | DEC 12, 2001 | | | |
| **Spill Location:** | AMOCO | | | |
| **Address:** | 1824 FOREST DR, | ANNAPOLIS, | MD | 21401 |
| **County:** | ANNE ARUNDEL COUNTY | | | |
| **Facility ID:** | 2713 | | | |
| **Release:** | YES | | | |
| **Cleanup:** | YES | | | |
| **Status:** | CLOSED | **Date Closed:** | JUN 07, 2004 | |



**Maryland**
Department of
the Environment

# Oil  Control  Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 10-0304AA |
| **Date Open:** | NOV 24, 2009 |
| **Spill Location:** | FOREST DRIVE BP |
| **Address:** | 1824 FOREST DR,              ANNAPOLIS,        MD      21401 |
| **County:** | ANNE ARUNDEL COUNTY |
| **Facility ID:** | 2713 |
| **Release:** | NO |
| **Cleanup:** | NO |
| **Status:** | CLOSED          **Date Closed:**   FEB 12, 2016 |



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

---

# Oil Control Program Case Information Report

**Case No.:**        99-3017PG2

**Date Open:**      JUN 21, 1999

**Spill Location:**   CHESTER AUTO

**Address:**          10515 BALTIMORE BLVD,                    BELTSVILLE,            MD          20705

**County:**           PRINCE GEORGE'S COUNTY

**Facility ID:**       10470

**Release:**          YES

**Cleanup:**          YES

**Status:**           CLOSED              **Date Closed:**    JUL 20, 1999

---



# Oil Control Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442   1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

**Case No.:**        11-0295PG

**Date Open:**       NOV 09, 2010

**Spill Location:**  WAWA #593

**Address:**         10515 BALTIMORE AVE,              BELTSVILLE,         MD        20705

**County:**          PRINCE GEORGE'S COUNTY

**Facility ID:**     10470

**Release:**         NO

**Cleanup:**         NO

**Status:**          CLOSED          **Date Closed:**   MAY 23, 2011



**Oil Control Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

**Case No.:**          12-0445PG

**Date Open:**        FEB 09, 2012

**Spill Location:**    WAWA #593

**Address:**           10515 BALTIMORE AVE,                    BELTSVILLE,               MD          20705

**County:**            PRINCE GEORGE'S COUNTY

**Facility ID:**        10470

**Release:**           NO

**Cleanup:**           NO

**Status:**            CLOSED            **Date Closed:**     JUL 13, 2012



# Oil Control Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

**Case No.:**        90-0634MO1

**Date Open:**       OCT 04, 1989

**Spill Location:**   CLARKSBURG GROCERY

**Address:**         23329 FREDERICK RD,              CLARKSBURG,            20871

**County:**          MONTGOMERY COUNTY

**Facility ID:**      4532

**Release:**

**Cleanup:**

**Status:**          CLOSED          **Date Closed:**    NOV 10, 2004



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 7-1422MO |
| **Date Open:** | JAN 21, 1987 |
| **Spill Location:** | CLARKSBURG GROCERY |
| **Address:** | 23329 FREDERICK RD,      CLARKSBURG,      MD      20871 |
| **County:** | MONTGOMERY COUNTY |
| **Facility ID:** | 4532 |
| **Release:** | |
| **Cleanup:** | |
| **Status:** | CLOSED      **Date Closed:**   JUN 23, 1987 |



# Oil Control Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

---

# Oil Control Program Case Information Report

**Case No.:**         05-0562MO2

**Date Open:**        OCT 29, 2004

**Spill Location:**   CLARKSBURG GROCERY

**Address:**          23329 FREDERICK RD,                    CLARKSBURG,         MD        20871

**County:**           MONTGOMERY COUNTY

**Facility ID:**      4532

**Release:**          YES

**Cleanup:**          NO

**Status:**           CLOSED          **Date Closed:**    JAN 21, 2005

---



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

**Case No.:**          19-0010MO

**Date Open:**         JUL 10, 2018

**Spill Location:**    CLARKSBURG GROCERIES BEER & WINE

**Address:**           23329 FREDERICK RD,                CLARKSBURG,            MD        20871

**County:**            MONTGOMERY COUNTY

**Facility ID:**       4532

**Release:**           NO

**Cleanup:**           NO

**Status:**            CLOSED          **Date Closed:**    FEB 15, 2019



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 9-0777BC1 |
| **Date Open:** | APR 28, 1982 |
| **Spill Location:** | MERIT STATION / HESS #20506 |
| **Address:** | 3205 WASHINGTON BLVD,                    BALTIMORE,            MD         21230 |
| **County:** | BALTIMORE CITY |
| **Facility ID:** | 11777 |
| **Release:** | |
| **Cleanup:** | |
| **Status:** | CLOSED          **Date Closed:**    DEC 20, 1999 |



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

**Case No.:**            90-0019BC1

**Date Open:**          JUL 06, 1989

**Spill Location:**      MERIT / HESS #20506

**Address:**             3205 WASHINGTON BLVD,                BALTIMORE,                MD        21230

**County:**              BALTIMORE CITY

**Facility ID:**          11777

**Release:**             YES

**Cleanup:**             YES

**Status:**              CLOSED              **Date Closed:**    SEP 16, 2005



**Oil Control Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 90-1838BC1 |
| **Date Open:** | MAR 14, 1990 |
| **Spill Location:** | MERIT |
| **Address:** | 3205 WASHINGTON BLVD,          BALTIMORE,          MD      21230 |
| **County:** | BALTIMORE CITY |
| **Facility ID:** | 11777 |
| **Release:** | |
| **Cleanup:** | |
| **Status:** | CLOSED          **Date Closed:**     MAR 14, 1990 |



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 97-2142BC1 |
| **Date Open:** | MAY 20, 1997 |
| **Spill Location:** | MERIT SERVICE STATION |
| **Address:** | 3205 WASHINGTON BLVD,                    BALTIMORE,              MD        21230 |
| **County:** | BALTIMORE CITY |
| **Facility ID:** | 11777 |
| **Release:** | YES |
| **Cleanup:** | YES |
| **Status:** | CLOSED         **Date Closed:**   SEP 21, 1999 |



**Maryland**
Department of
the Environment

**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

# Oil Control Program Case Information Report

| | |
|---|---|
| **Case No.:** | 00-1155BC1 |
| **Date Open:** | JAN 03, 2000 |
| **Spill Location:** | MERIT SERVICE STATION |
| **Address:** | 3205 WASHINGTON BLVD,                    BALTIMORE,                    MD          21230 |
| **County:** | BALTIMORE CITY |
| **Facility ID:** | 11777 |
| **Release:** | YES |
| **Cleanup:** | YES |
| **Status:** | CLOSED          **Date Closed:**    SEP 18, 2004 |



**Oil Control Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442   1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 11-0080BC | | | |
| **Date Open:** | AUG 05, 2010 | | | |
| **Spill Location:** | HESS #20506 | | | |
| **Address:** | 3205 WASHINGTON BLVD, | BALTIMORE, | MD | 21230 |
| **County:** | BALTIMORE CITY | | | |
| **Facility ID:** | 11777 | | | |
| **Release:** | YES | | | |
| **Cleanup:** | YES | | | |
| **Status:** | CLOSED | **Date Closed:** | OCT 14, 2011 | |



**Oil Control Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

# Oil Control Program Case Information Report

**Case No.:**          92-1758MO

**Date Open:**         FEB 04, 1992

**Spill Location:**    NORRIS GARAGE

**Address:**           815 VEIRS MILL RD,              ROCKVILLE,          MD       20851

**County:**            MONTGOMERY COUNTY

**Facility ID:**       14708

**Release:**

**Cleanup:**

**Status:**            CLOSED          **Date Closed:**     APR 21, 1992



**Maryland**
Department of
the Environment

# Oil Control Program

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

---

## Oil Control Program Case Information Report

**Case No.:**       03-0373MO1

**Date Open:**      SEP 23, 2002

**Spill Location:**   SROUR PROPERTY-FORMER NORRIS GARAGE

**Address:**        815 VEIRS MILL RD,           ROCKVILLE,        MD        20851

**County:**         MONTGOMERY COUNTY

**Facility ID:**     14708

**Release:**        YES

**Cleanup:**        NO

**Status:**         CLOSED        **Date Closed:**    NOV 04, 2002

---



**Oil  Control  Program**

Suite 620, 1800 Washington Blvd., Baltimore, MD 21230-1719

410-537-3442    1-800-633-6101  x3442

http://www.mde.maryland.gov/

**Maryland**
Department of
the Environment

# Oil Control Program Case Information Report

**Case No.:**　　　08-0164HO

**Date Open:**　　　SEP 13, 2007

**Spill Location:**　　HI-LAND FARM 2 LLC

**Address:**　　　13288 HIGHLAND RD,　　　　　HIGHLAND,　　　　MD　　　20777

**County:**　　　HOWARD COUNTY

**Facility ID:**　　　19649

**Release:**　　　YES

**Cleanup:**　　　YES

**Status:**　　　CLOSED　　　　**Date Closed:**　　JUL 07, 2008