UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND, | * |
| | * |
| *Plaintiff*, | * |
| | *   Case No. 1:18-cv-00459-SAG |
| v. | * |
| | * |
| EXXON MOBIL CORPORATION, *et al.,* | * |
| | * |
| *Defendants*. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### [PROPOSED] CASE MANAGEMENT ORDER NO. 9

This Case Management Order ("CMO") (1) memorializes the deadline and schedule for completing all Focus Site depositions negotiated by the parties and approved by the Court, and (2) sets the date and time for the next Case Management Conference.

**I.   DEADLINE AND SCHEDULE FOR COMPLETING FOCUS SITE DEPOSITIONS.**

The parties will conduct at least three to five Focus Site depositions of Plaintiff per month, and all Focus Site depositions—of Plaintiff and Defendants—shall be completed by December 18, 2024.

**II.   CASE MANAGEMENT CONFERENCE.**

A case management conference is hereby scheduled for January 31st at 9:15 AM.

SO ORDERED:

_____
Stephanie A. Gallagher, U.S.D.J.

DATED:

1