

mwe.com

Jim Pardo
Attorney at Law
jpardo@mwe.com
+1 212 547 5353

May 30, 2024

**BY ECF**

The Honorable Stephanie A. Gallagher
United States District Judge
United States District Court, District of Maryland
101 West Lombard Street, Chambers 7C
Baltimore, MD 21201

Re:   ***State of Maryland v. Exxon Mobil, et al.*, Case No. 1:18-cv-00459-SAG**

Dear Judge Gallagher:

As directed in the Court's order of May 10, 2024 (ECF 777), attached is a proposed modified Case Management Order reflecting the amended schedule for completion of Focus Site fact depositions.

The Parties are available to answer any questions the Court may have.

Respectfully submitted,                           Respectfully submitted,

/s/ *James A. Pardo*                              /s/ *Yechiel M. Twersky*

James A. Pardo                                    Yechiel M. Twersky
McDermott Will & Emery LLP                        Berger Montague PC

*Counsel for Exxon Mobil Corporation*             *Special Counsel for the State of Maryland*
*and on behalf of all Defendants of Record*

cc:   All Counsel of Record by ECF



One Vanderbilt Avenue   New York NY 10017-3852   Tel +1 212 547 5400   Fax +1 212 547 5444

*US practice conducted through McDermott Will & Emery LLP.*