UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND,<br><br>*Plaintiff*,<br><br>v.<br><br>EXXON MOBIL CORPORATION, *et al.*,<br><br>*Defendants*. | *<br>*<br>*<br>*   Case No. 1:18-cv-00459-SAG<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### **[PROPOSED] CASE MANAGEMENT ORDER NO. 11**

This Case Management Order ("CMO") modifies CMO 9 (ECF No. 758) setting forth the deadline and schedule for completing all Focus Site fact depositions.

1. No Focus Site depositions of Plaintiff will occur from June 1 through July 7, 2024.

2. From and after July 8, the Parties will conduct at least three Focus Site depositions of Plaintiff per month. The Parties understand that to complete all Focus Site fact depositions by the deadline stated in Paragraph 3 it may be necessary to conduct as many as five Focus Site depositions of Plaintiff in certain months. The Parties will confer as to the remaining schedule for Focus Site depositions of Plaintiff and will present such schedule to the Court for approval.

3. All Focus Site fact depositions—of Plaintiff and Defendants—shall be completed by March 14, 2025.

SO ORDERED:

_____
Stephanie A. Gallagher, U.S.D.J.

DATED: