# EXHIBIT 1

**Tracey O'Reilly**

---

**From:** Tracey O'Reilly
**Sent:** Wednesday, January 14, 2026 5:07 PM
**To:** Gerson, Lisa
**Subject:** Maryland MTBE: Burke Replacement

Lisa,

We had retained a replacement for Burke in early December, but he informed me this afternoon that he has to immediately withdraw due to a conflict that arose today. We have already identified, and contacted, a potential replacement who has tentatively agreed to be available. Obviously, before we can confirm the retention, we need to obtain the approval of our client, and have the replacement expert review the Complaint to confirm that there are, in fact, no conflicts.

I am writing to request that our deadline to disclose the "Non-Site-Specific Expert regarding Gasoline Supply & Distribution" be extended to Wednesday, January 21, 2026. Once we have confirmed the retention, we will serve our disclosure as soon as possible, but no later than January 21, 2026. Once we serve the disclosure, I can reach out to discuss a short extension of the deadline to serve the expert report.

I will be out of the office meeting with a client in Southern California tomorrow, but I will try to call you when I have a window of time to discuss.

Thanks,

Tracey

Tracey O'Reilly
Miller & Axline
1050 Fulton Avenue, Suite 100
Sacramento, California 95825
Tel: 916-488-6688 x3020
Email: toreilly@milleraxline.com