# EXHIBIT 3



Law Offices of
# MILLER & AXLINE
A Professional Corporation

| | |
|---|---|
| MICHAEL AXLINE | DAVE BLUM |
| TRACEY L. O'REILLY | BRANDON T. MOORE |
| DANIEL BOONE | |
| JUSTIN MASSEY | |
| MOLLY MCGINLEY HAN | |

January 15, 2026

Lisa A. Gerson, Esq.
James A. Pardo, Esq.
McDermott Will & Emery
340 Madison Avenue
New York, New York 10173-1922

Re:   *State of Maryland v. Exxon Mobil,* Case No. 1:18-cv-00459-SAG
    **Disclosure of Non-Site-Specific Retained Expert re Gasoline Supply & Distribution**

Dear Counsel:

Pursuant to Section I.B.5 of Case Management Order No. 13 (12/04/25), the State of Maryland (the "State") hereby discloses that its previously retained Non-Site-Specific expert regarding Gasoline Supply & Distribution withdrew on January 14, 2026, due to an unexpected, and previously unknown, conflict.

The State has identified, and is in the process of retaining, a replacement Non-Site-Specific expert regarding Gasoline Supply & Distribution, and anticipates disclosing the identity of this expert no later than January 22, 2026.

Sincerely,

/s/ *Tracey O'Reilly*

Tracey O'Reilly

cc: All Counsel (via FSX)