# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF MARYLAND, *Plaintiff*, v. EXXON MOBIL CORPORATION, et al., *Defendants*. | Case No. 1:18-cv-00459-SAG |

**[PROPOSED] CASE MANAGEMENT ORDER NO. 14: EXPERT DEADLINES**

This Case Management Order ("CMO") sets forth the schedule for Expert Discovery, including the production of Reliance Materials, in this matter.

**I.    EXPERT DISCOVERY**

    **A.    Focus Site Expert Identification, Reports, and Disclosures**

        1.  Plaintiff shall identify (by name and topic) its Focus Site experts, both retained and non-retained, by May 1, 2025.

        2.  Defendants shall identify (by name and topic) their Focus Site experts, both retained and non-retained, by June 2, 2025.

        3.  Plaintiff may serve its Focus Site retained expert reports and non-retained expert disclosures in three (3) tranches, according to the following schedule:

            a.  Focus Site Expert Reports/Disclosures related to ten Focus Sites by September 12, 2025.

                i.  Plaintiff will identify the ten Focus Sites for which it will serve Focus Site Expert Reports in the first (1) tranche by July 25, 2025.

            b.  Focus Site Expert Reports/Disclosures related to ten Focus Sites by October 24, 2025.

                i.  Plaintiff will identify the ten Focus Sites for which it will

      serve Focus Site Expert Reports in the second (2) tranche by August 19, 2025.

   c. Focus Site Expert Reports/Disclosures for any remaining Focus Sites for which Plaintiff will submit a Focus Site Expert Report by November 21, 2025.

    i. Plaintiff will identify the Focus Sites for which it will serve Focus Site Expert Reports in the third (3) tranche by September 17, 2025.

4. Defendant(s) shall serve their Focus Site retained expert reports and non-retained expert disclosures by February 27, 2026.

5. Plaintiff shall serve its Focus Site rebuttal expert reports by May 15, 2026.

**B.** **Non-Site-Specific Expert Identification, Reports, and Disclosures**

1. Plaintiff shall identify (by name and topic) its Non-Site-Specific experts, both retained and non-retained, by October 15, 2025.

2. Defendants shall identify (by name and topic) their Non-Site-Specific experts, both retained and non-retained, by November 17, 2025.

3. Plaintiff shall serve its Non-Site-Specific retained expert reports for the following experts, and all non-retained expert disclosures, by December 1, 2025:

  a. David Andress
  b. Anthony Brown
  c. Kenneth Rudo

4. Plaintiff shall serve the Non-Site-Specific expert report for Marcel Moreau by December 12, 2025.

5. Plaintiff shall identify its Non-Site-Specific Expert regarding Gasoline Supply & Distribution by January 22, 2026.

6. Plaintiff shall serve the Non-Site-Specific expert reports for the following

experts by January 30, 2026:

    a)    Graham Fogg
    b)    Martin Tallett

7.    Plaintiff shall serve the Non-Site-Specific expert reports for the following expert by February 27, 2026:

    a)    Gasoline Supply & Distribution (expert to be disclosed)

        i.    Plaintiff's expert report on the topic of Gasoline Supply & Distribution will be substantially similar to the opinions contained in Mr. Burke's previously-filed declarations in this case (ECF Nos. 357-2 and 365-1) and in his reports issued in *In re MTBE Products Liability Litigation*.

        ii.    Plaintiff's failure to serve an expert report on Gasoline Supply & Distribution on or before February 27, 2026, that complies with the representations stated in subparagraph (c)(1), is not harmless and will prejudice Defendants. Therefore, such failure will result in Plaintiff being precluded from offering expert testimony on the topic of Gasoline Supply & Distribution as described under the entry "T.B.D." in Plaintiff's October 15, 2025, non-site-specific expert disclosures ("Plaintiff's Disclosure"). Nothing in this paragraph is intended to preclude opinions by Martin Tallett or David Andress that are disclosed in Plaintiff's Disclosure; nothing in this paragraph is intended to preclude non-expert evidence on the topic of gasoline supply and distribution; and nothing in this paragraph would preclude expert opinions on Gasoline Supply & Distribution to the extent additional non-site-specific expert discovery is permitted in any subsequent phase of the case.

8. Defendants shall serve their Non-Site-Specific retained expert reports responsive to Andress, Brown, Moreau and Rudo, and non-retained expert disclosures by April 16, 2026.

9. Defendants shall serve their Non-Site-Specific retained expert reports responsive to Tallett, Fogg, by June 1, 2026.

10. Defendants shall serve their Non-Site-Specific retained expert report on the subject of gasoline supply and distribution by July 1, 2026;

11. Plaintiff shall serve its Non-Site-Specific Expert Rebuttal Reports for Andress, Brown, Moreau and Rudo by June 5, 2026.

12. Plaintiff shall serve its Non-Site-Specific Expert Rebuttal Reports for Fogg, Tallett by September 7, 2026.

13. Plaintiff shall serve it Non-Site-Specific Expert Rebuttal Report on the subject of gasoline supply and distribution by October 1, 2026.

**C.** Expert Reliance Materials

Because the failure to promptly produce expert reliance materials may necessitate extensions of expert opposition and/or rebuttal report deadlines, all expert reliance materials shall be produced within ten (10) business days of the relevant deadlines stated in Sections I.A and I.B.

1. Plaintiff will produce expert reliance materials for the First Tranche of Site-Specific Expert Reports by Friday, October 10, 2025.

2. All Expert Reliance Materials required to be produced in accordance with this section will comply with the Expert Reliance Production Stipulation attached hereto as Exhibit 1.

**D.** **Expert Depositions**

1. The Parties may begin expert depositions on June 15, 2026

2. By no later than April 15, 2026, the Parties shall meet and confer regarding a schedule for conducting expert depositions, including a completion deadline for all depositions.

DATED: January, __ 2026　　　　　　　SO ORDERED:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Stephanie A. Gallagher, U.S.D.J.