**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF MARYLAND,<br><br>    *Plaintiff*,<br><br>    v.<br><br>EXXON MOBIL CORPORATION, et al.,<br><br>    *Defendants*. | Case No. 1:18-cv-00459-SAG |

**STATE OF MARYLAND AND SETTLING DEFENDANTS'**
**JOINT MOTION TO DISMISS SETTLING DEFENDANTS**

Plaintiff State of Maryland and Settling Defendants respectfully move this Court to dismiss Plaintiff's claims against Settling Defendants for the reasons set forth in the accompanying Memorandum of Law and exhibits in support thereof.[1]

WHEREFORE, Plaintiff State of Maryland and Settling Defendants pray that their motion be granted.

---

[1] The Settling Defendants are El Paso Merchant Energy-Petroleum Company, Kinder Morgan GP LLC f/k/a Kinder Morgan G.P., Inc., Kinder Morgan Operating LLC "A" f/k/a Kinder Morgan L.P. A, Kinder Morgan Transmix Company, LLC (collectively "Kinder Morgan"), Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company,  Premcor USA Inc. and The Premcor Refining Group Inc. (collectively "Valero Defendants"), TotalEnergies Petrochemicals & Refining USA, Inc. f/k/a Total Petrochemicals & Refining USA, Inc. ("Total"),  NuStar Terminals Operations Partnership L.P. ("NuStar"),  Hartree Partners, LP ("Hartree"), LUKOIL Americas Corporation, LUKOIL North America LLC, LITASCO Pan Americas, LLC (formerly known as LUKOIL Pan Americas, LLC), and PJSC LUKOIL (collectively "the LUKOIL entities") CITGO Petroleum Corporation and CITGO Refining and Chemicals Company L.P. (collectively "CITGO") and Duke Energy Merchants, LLC.  Although PJSC LUKOIL has been dismissed from this case for lack of personal jurisdiction, see ECF Nos. 401, 402, and 412, it is entering into a settlement agreement to obtain the broadest release possible, but in no way admits liability or that it is a current defendant in the litigation.

Dated: January 29, 2026

Respectfully submitted,

| | /s/ *Derek Y. Sugimura* |
|---|---|
| Julie Kuspa (Bar No. 21432)<br>Matthew Zimmerman (Bar No. 1222)<br>Assistant Attorneys General<br>1800 Washington Boulevard, Suite 6048<br>Baltimore, Maryland 21230<br>Julie.Kuspa@maryland.gov<br>matthew.zimmerman@maryland.gov<br>Tel: (410) 537-3452<br>Fax: (410) 537-3943<br><br>*Maryland Office of the Attorney General* | Derek Y. Sugimura (Bar No. 28600)<br>Scott E. Kauff (Bar No. 20260)<br>John K. Dema (pro hac vice)<br>Alexander Latanision (pro hac vice)<br>LAW OFFICES OF JOHN K. DEMA, P.C.<br>One Central Plaza<br>11300 Rockville Pike, Suite 112<br>Rockville, Maryland 20852<br>skauff@demalaw.com<br>dsugimura@demalaw.com<br>jdema@demalaw.com<br>alatanision@demalaw.com<br>Tel: (301) 881-5900<br>Fax: (240) 536-9108<br><br>*Special Counsel for the Attorney General* |

The following Settling Defendants have authorized their e-signatures to be affixed to this Motion.

| s/ Brian A. Scotti (Limited Appearance) | /s/ Nathan P. Eimer (pro hac vice) (by Derek |
|---|---|
| (by Derek Y. Sugimura with permission of<br>Brian A. Scotti)<br>Brian A. Scotti (MD Bar No. 18249)<br>Gordon Rees Scully Mansukhani, LLP<br>1101 King St., Suite 520<br>Alexandria, VA 22314<br>Tel: (202) 399-1009<br>Fax: (202) 800-2999<br>bscotti@grsm.com<br><br>*Attorneys for Total Energies*<br>*f/k/a Total Petrol. & Ref. USA* | Y. Sugimura with permission of Nathan P.<br>Eimer)<br><br>Lisa S. Meyer (pro hac vice)<br>Susan M. Razzano (pro hac vice)<br>EIMER STAHL LLP<br>224 South Michigan Avenue, Suite 1100<br>Chicago, IL 60604<br>Tel: (312) 660-7600<br>Fax: (312) 692-1718<br>neimer@eimerstahl.com<br>lmeyer@eimerstahl.com<br>srazzano@eimerstahl.com<br><br>MILES & STOCKBRIDGE, P.C.<br>100 Light Street<br>Baltimore, MD 21202<br>Tel: (410) 385-3442 |

| | |
|---|---|
| | Fax: (410) 385-3700<br>jhovermi@milesstockbridge.com<br><br>*Attorneys for CITGO Petroleum Corporation and CITGO Refining and Chemicals Company L.P.* |
| /s/ James L. Messenger<br>(by Derek Y. Sugimura with permission of James L. Messenger)<br><br>James L. Messenger (pro hac vice)<br>Gordon Rees Scully Mansukhani, LLP<br>28 State Street., Suite 1050.<br>Boston, MA 02109<br>Tel: (857) 263-2000<br>Fax: (857) 264-2836<br>jmessenger@grsm.com<br><br>/s/ Brian A. Scotti (by Derek Y. Sugimura with permission of Brian A. Scott))<br><br>Brian A. Scotti (MD Bar No. 18249)<br>Gordon Rees Scully Mansukhani, LLP<br>1101 King St., Suite 520<br>Alexandria, VA 22314<br>Tel: (202) 399-1009<br>Fax: (202) 800-2999<br>bscotti@grsm.com<br><br>*Attorneys for El Paso Merchant Energy-Petroleum Company; Kinder Morgan GP LLC f/k/a Kinder Morgan G.P., Inc., Kinder Morgan Operating LLC "A" f/k/a Kinder Morgan L.P. A., and Kinder Morgan Transmix Company, LLC* | /s/ Jim Wedeking<br>(by Derek Y. Sugimura with permission of Jim Wedeking)<br><br>Jim Wedeking<br>Boyden Gray, PLLC<br>800 Connecticut Ave NW,<br>Washington, DC 20006<br>Tel: (202) 955-0620<br>jwedeking@boydengray.com<br><br>*Attorney for Duke Energy Merchants LLC* |
| /s/ Justin A. Redd<br>(by Derek Y. Sugimura with permission of Justin A. Redd)<br><br>Ezra S. Gollogly (Fed. Bar No. 28088)<br>Justin A. Redd (Fed. Bar No. 18614)<br>Emily R. Greene (Fed. Bar No. 28088)<br>KRAMON & GRAHAM, P.A.<br>One South Street, Suite 2600 | /s/ Erika Anderson<br>(by Derek Y. Sugimura with permission of Erika M. Anderson)<br><br>Erika M. Anderson<br>James F. Bennett<br>DOWD BENNETT LLP<br>7733 Forsyth Blvd., Suite 1900<br>St. Louis, Missouri 63105 |

| | |
|---|---|
| Baltimore, Maryland 21202<br>Tel: (410) 752-6030<br>Fax: (410) 539-1269<br>egollogly@kg-law.com<br>jredd@kg-law.com<br>egreene@kg-law.com<br><br>*Attorneys for Defendant Hartree Partners, LP* | Telephone: (314) 889-7300<br>Facsimile: (314) 863-2111<br>jbennett@dowdbennett.com<br>eanderson@dowdbennett.com<br>*Admitted pro hac vice*<br><br>*Attorneys for Valero Energy Corporation,*<br>*Valero Marketing and Supply Company,*<br>*Valero Refining and Marketing Company,*<br>*Premcor USA Inc., and*<br>*The Premcor Refining Group Inc.* |
| /s/ _____<br>(by Derek Y. Sugimura with permission)<br><br>Anne M. Evans<br>Joseph L. Sorkin (pro hac vice)<br>Anne M. Evans (pro hac vice)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, New York 10036<br>Tel: 212-872-1000<br>Fax: 212-872-1002<br>jsorkin@akingump.com<br>aevans@akingump.com<br><br>/s/ _____<br>(by Derek Y. Sugimura with permission)<br><br>(D. Md. Bar No. 19651)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Robert S. Strauss Tower<br>2001 K Street N.W.<br>Washington, D.C. 20006<br>Tel: 202-887-4000<br>Fax: 202-887-4288<br>lpaterno@akingump.com<br><br>*Attorneys for LUKOIL Americas*<br>*Corporation, LUKOIL North America LLC,*<br>*LITASCO Pan Americas, LLC (formerly*<br>*known as LUKOIL Pan Americas LLC) and*<br>*PJSC LUKOIL* | /s/  Brian Zagon _____<br>(by Derek Y. Sugimura with permission of Brian Zagon)<br><br>Brian Zagon<br>Michael D. Goodstein<br>Van Ness Feldman LLP<br>3717 Mt. Diablo Blvd., Suite 200<br>Lafayette, CA 94549<br>Tel: 925-282-8016<br>bzagon@vnf.com<br><br>*Attorneys for NuStar Terminals*<br>*Operations Partnership LP* |

4

**CERTIFICATE OF SERVICE**

I certify that on this 29th day of January, 2026, a copy of the foregoing was filed and served via CM/ECF on all counsel of record. I further certify that a copy will be delivered to the Court pursuant to Local Rule 105.1.

/s/
Derek Y. Sugimura