## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**STATE OF MARYLAND**

    **v.**                                                      **CIVIL CASE NO.  18-0459**

**EXXON MOBIL CORPORATION ET AL**

**\*\*\*\*\*\*\*\***

## ORDER

This Court has reviewed the State's Motion for Extension of Time, ECF 849, Defendants' Opposition, ECF 850, and the State's Reply, ECF 851. While this Court does not fault Defendants for opposing even a brief extension of time under these circumstances, this Court will grant the extension, finding no prejudice to Defendants as a result of the brief period of delay and the degree of overlap between the opinions of the original expert and the new expert. The State is placed on notice, however, that this Court will strictly enforce future deadlines, particularly those agreed between the parties. It is, this 30th day of January, 2026, ORDERED that the State's Motion for Extension of Time, ECF 849, is **GRANTED**.

                                                 _____/s/_____
                                                 Stephanie A. Gallagher
                                                 United States District Judge