UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STATE OF MARYLAND,

    *Plaintiff*,

    v.

EXXON MOBIL CORPORATION, et al.,

    *Defendants*.

Case No. 1:18-cv-00459-SAG

## ORDER GRANTING JOINT MOTION TO SET BRIEFING SCHEDULE AND PARTIALLY EXTEND EXPERT AND DISCOVERY DEADLINES

Plaintiff, the State of Maryland ("Plaintiff" or "State"), and certain Defendants ("Settling Defendants")[1] (collectively the "Parties") have reached settlements in principle and are in the process of executing final settlement agreements. The Parties move this Court for an extension to partially extend expert and discovery deadlines for the State and the Settling Defendants.

The Court grants the Motion and hereby ORDERS that

1. The deadline to file any Opposition or Response to the Joint Motion to Dismiss shall be sixty (60) days from the date on which the Joint Motion to Dismiss was filed; and

---

[1] The Settling Defendants are El Paso Merchant Energy-Petroleum Company, Kinder Morgan GP LLC f/k/a Kinder Morgan G.P., Inc., Kinder Morgan Operating LLC "A" f/k/a Kinder Morgan L.P. A, Kinder Morgan Transmix Company, LLC (collectively "Kinder Morgan"), Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Premcor USA Inc. and The Premcor Refining Group Inc. (collectively "Valero Defendants"), TotalEnergies Petrochemicals & Refining USA, Inc. f/k/a Total Petrochemicals & Refining USA, Inc. ("Total"), NuStar Terminals Operations Partnership L.P. ("NuStar"), Hartree Partners, LP ("Hartree"), LUKOIL Americas Corporation, LUKOIL North America LLC, LITASCO Pan Americas, LLC (formerly known as LUKOIL Pan Americas LLC), and PJSC LUKOIL (collectively "the LUKOIL entities") CITGO Petroleum Corporation and CITGO Refining and Chemicals Company L.P. (collectively "CITGO") and Duke Energy Merchants, LLC.

2. The deadline to file any Reply in support of the Joint Motion to Dismiss shall be twenty-one (21) days from the date on which any Opposition or Response is filed.

It is FURTHER ORDERED that

The following deadlines and schedule set forth in Case Management Order 12 (Dkt. No. 830) are modified with respect to the Settling Defendants as follows:

| Topic | Current Deadline | Proposed Extended Deadline |
| --- | --- | --- |
| Deadline to complete Non-Site-Specific Rule 30(b)(6) or fact witness depositions of Settling Defendants, or declarations in lieu of such depositions | Jan. 30, 2026 | 30 days from the Court's ruling on the Joint Motion to Dismiss. |
| Defendants' deadline to serve Focus Site retained expert reports and non-retained expert disclosures | May 28, 2026 | To be determined after the Court's ruling on the Joint Motion to Dismiss. |
| Plaintiff's deadline to serve its Focus Site rebuttal expert reports[2] | August 13, 2026 | To be determined after the Court's ruling on the Joint Motion to Dismiss. |
| Defendants' deadline to shall identify (by name and topic) their Non-Site-Specific experts, both retained and non-retained | February 17, 2026 | To be determined after the Court's ruling on the Joint Motion to Dismiss. |
| Defendants' deadline to serve their Non-Site Specific retained expert reports and non-retained disclosures | July 15, 2026 | To be determined after the Court's ruling on the Joint Motion to Dismiss. |
| Plaintiff's deadline to serve its Non-Site-Specific rebuttal expert reports[3] | September 3, 2026 | To be determined after the Court's ruling on the Joint Motion to Dismiss. |

---

[2] The Parties' requested extension only applies to Plaintiff's deadline to serve Focus Site rebuttal expert reports with respect to a Focus Site report served exclusively by a Settling Defendant and shall not extend Plaintiff's deadline to serve Focus Site rebuttal expert reports with respect to any report served by a defendant other than a Settling Defendant or any report served by a group of defendants which may include a Settling Defendant.

[3] The Parties' requested extension only applies to Plaintiff's deadline to serve Non-Site Specific rebuttal expert reports with respect to any Non-Site Specific report served exclusively by a Settling Defendant and shall not extend Plaintiff's deadline to serve Non-Site Specific rebuttal

SO ORDERED this  2  day of February, 2026.

_____/s/_____
Stephanie A. Gallagher, U.S.D.J.

---

expert reports with respect to any report served by a defendant other than a Settling Defendant or any report served by a group of defendants which may include a Settling Defendant.

3