UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND,<br><br>    Plaintiff,<br><br>        v.<br><br>EXXON MOBIL CORPORATION, *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-00459 |

## ORDER GRANTING JOINT MOTION TO EXTEND EXPERT AND DISCOVERY DEADLINES

Plaintiff, the State of Maryland ("Plaintiff" or "State"), and the ConocoPhillips Defendants (collectively, "the Parties") have reached a settlement in principle and are in the process of executing final settlement agreements. The Parties move this Court for an extension to partially extend expert and discovery deadlines for the State and the ConocoPhillips Defendants.

The Court grants the Motion and hereby ORDERS that the following deadlines and schedule set forth in Case Management Order 12 (Dkt. No. 830) are modified with respect to the ConocoPhillips Defendants as follows:

7

| Topic | Current Deadline | Proposed Extended Deadline |
|---|---|---|
| ConocoPhillips Defendants' deadline to serve Focus Site retained expert reports and non-retained expert disclosures | February 27, 2026 | To be determined after the Court's ruling on Plaintiff's anticipated Motion to Dismiss |
| Plaintiff's deadline to serve its Focus Site rebuttal expert reports with respect to a Focus Site report served exclusively by the ConocoPhillips Defendants | May 15, 2026 | To be determined after the Court's ruling on Plaintiff's anticipated Motion to Dismiss. |

SO ORDERED this  27  day of February, 2026.

/s/

Stephanie A. Gallagher, U.S.D.J.

8