**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF MARYLAND, | |
| *Plaintiff*, | |
| v. | Case No. 1:18-cv-00459-SAG |
| EXXON MOBIL CORPORATION, et al., | |
| *Defendants*. | |

**CASE MANAGEMENT ORDER NO. 14: EXPERT DEADLINES**

This Case Management Order ("CMO") sets forth an updated and amended schedule for Expert Discovery, including the production of Reliance Materials, in this matter. This CMO supersedes certain schedules and deadlines set forth in CMO No. 13. (ECF. No. 842)

I. **EXPERT DISCOVERY**

    A. **Focus Site Expert Identification, Reports, and Disclosures**

        1. Plaintiff shall identify (by name and topic) its Focus Site experts, both retained and non-retained, by May 1, 2025.

        2. Defendants shall identify (by name and topic) their Focus Site experts, both retained and non-retained, by June 2, 2025.

        3. Plaintiff may serve its Focus Site retained expert reports and non-retained expert disclosures in three (3) tranches, according to the following schedule:

            a. Focus Site Expert Reports/Disclosures related to ten Focus Sites by September 12, 2025.

                i. Plaintiff will identify the ten Focus Sites for which it will serve Focus Site Expert Reports in the first (1) tranche by July 25, 2025.

            b. Focus Site Expert Reports/Disclosures related to ten Focus Sites by October 24, 2025.

      i.      Plaintiff will identify the ten Focus Sites for which it will serve Focus Site Expert Reports in the second (2) tranche by August 19, 2025.

   c.     Focus Site Expert Reports/Disclosures for any remaining Focus Sites for which Plaintiff will submit a Focus Site Expert Report by November 21, 2025.

      i.      Plaintiff will identify the Focus Sites for which it will serve Focus Site Expert Reports in the third (3) tranche by September 17, 2025.

4. Defendant(s) shall serve their Focus Site retained expert reports and non-retained expert disclosures by February 27, 2026.

5. Plaintiff shall serve its Focus Site rebuttal expert reports by May 15, 2026.

**B.**   **Non-Site-Specific Expert Identification, Reports, and Disclosures**

1. Plaintiff shall identify (by name and topic) its Non-Site-Specific experts, both retained and non-retained, by October 15, 2025.

2. Defendants shall identify (by name and topic) their Non-Site-Specific experts, both retained and non-retained, by November 17, 2025.

3. Plaintiff shall serve its Non-Site-Specific retained expert reports for the following experts, and all non-retained expert disclosures, by December 1, 2025:

   a)    David Andress
   b)    Anthony Brown
   c)    Kenneth Rudo

4. Plaintiff shall serve the Non-Site-Specific expert report for Marcel Moreau by December 12, 2025.

5. Plaintiff shall identify its Non-Site-Specific Expert regarding Gasoline Supply & Distribution by January 22, 2026.

6. Plaintiff shall serve the Non-Site-Specific expert reports for the following experts by January 30, 2026:

   a) Graham Fogg
   b) Martin Tallett

7. Plaintiff shall serve the Non-Site-Specific expert report for Ibrahim Albert by February 27, 2026. Mr. Albert's report will be substantially similar to the opinions contained in Mr. Burke's previously-filed declarations in this case (ECF Nos. 357-2 and 365-1) and in his reports issued in *In re MTBE Products Liability Litigation*.

8. Defendants shall serve their Non-Site-Specific retained expert reports which are solely responsive to Andress, Brown, Moreau and/or Rudo, and non-retained expert disclosures by April 16, 2026.

9. Defendants shall serve their Non-Site-Specific retained expert reports which are solely responsive to Fogg or Tallett or to both Brown and Fogg by June 1, 2026.

10. Plaintiff shall serve its Non-Site-Specific Expert Rebuttal Reports for Moreau and Rudo by June 5, 2026.

11. Defendants shall serve their Non-Site-Specific retained expert reports which are solely responsive to Albert and Andress and/or Tallett by July 1, 2026.

12. Plaintiff shall serve its Non-Site-Specific Expert Rebuttal Reports for Brown and Fogg by August 7, 2026.

13. Plaintiff shall serve its Non-Site-Specific Expert Rebuttal Reports for Andress, Tallett, and Albert by October 1, 2026.

**C.**     **Expert Reliance Materials**

Because the failure to promptly produce expert reliance materials may necessitate extensions of expert opposition and/or rebuttal report deadlines, all expert reliance materials shall be produced within ten (10) business days of the relevant deadlines stated in Sections I.A and I.B.

1.     Plaintiff will produce expert reliance materials for the First Tranche of Site-Specific Expert Reports by Friday, October 10, 2025.

2.     All Expert Reliance Materials required to be produced in accordance with this section will comply with the Expert Reliance Production Stipulation (ECF No. 842).

**D.**     **Expert Depositions**

1.     The Parties may begin expert depositions on June 15, 2026.

2.     By no later than May 15, 2026, the Parties shall meet and confer regarding a schedule for conducting expert depositions, including a completion deadline for all depositions.

DATED: March  6 , 2026                     SO ORDERED:

_____
                                        /s/
Stephanie A. Gallagher, U.S.D.J.