**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF MARYLAND,<br><br>    Plaintiff,<br><br>    v.<br><br>EXXON MOBIL CORPORATION, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00459-SAG |

**[PROPOSED] REVISED ORDER GRANTING JOINT MOTION TO DISMISS
SETTLING DEFENDANTS**

It is hereby ORDERED that the Joint Motion to Dismiss Settling Defendants is ALLOWED.

Is it hereby ORDERED that pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, all of the claims against Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Premcor USA Inc. and The Premcor Refining Group Inc. (collectively "Settling Defendants") are hereby dismissed, with prejudice.

It is further ORDERED that, in any trial of this action, the trier of fact shall determine Settling Defendants' or any other Releasees' (as that term is defined in the Settlement Agreement) apportioned share of liability for any and all claims in the same manner and in the same form of trial verdict as for all Non-Settling Defendants, as if Settling Defendants or any other Releasee(s) had remained Non-Settling Defendant(s). The State's recoverable damages against Non-Settling Defendants will be reduced in accordance with the procedures and provisions set forth in Section III.3 (Contribution Protection) of the Settlement Agreement including, if applicable, the *pro rata* share of liability apportioned to Settling Defendants or any other Releasee in a final judicial

1

determination as set forth in the Settlement Agreement.

It is further ORDERED that, in any trial of this action, the State shall request that the trier of fact determine if each Settling Defendant is a Joint Tort-Feasor with Non-Settling Defendant(s) participating in the trial, and, if so, determine the Settling Defendant's apportioned share of liability at trial including, but not limited to, by requesting the inclusion of Settling Defendant on the jury verdict sheet.

It is further ORDERED that, in any trial of this action, any party may request the inclusion of Settling Defendant or any Releasee on the jury verdict sheet. Notwithstanding the foregoing, the State may seek summary judgment, directed verdict, or other determination that such Settling Defendant(s) and Releasee(s) are not Joint Tort-Feasors and therefore should not be included on the jury verdict sheet.

It is further ORDERED that Non-Settling Defendants have the right to submit jury instructions, or other pleadings, requesting that the trier of fact determine if a potentially liable Settling Defendant and/or Releasee is a Joint Tort-feasor with Non-Settling Defendants participating in the trial.

It is further ORDERED that Settling Defendants and Releasees (as that term is defined in the Settlement Agreement) are not subject to recovery for contribution pursuant to Md. Code Ann., Cts. & Jud. Proc. § 3-1405.

This Order shall not dismiss any other claims by Plaintiff against any other Defendants.

SO ORDERED the ___ day of _____ , 20___.


_____
Stephanie A. Gallagher
UNITED STATES DISTRICT COURT JUDGE

2