# DEMA**LAW**

**Derek Y. Sugimura**
Attorney at Law
Tel: +1 (340) 773-6142
dsugimura@demalaw.com

August 10, 2026

**VIA CM/ECF**

The Honorable Stephanie A. Gallagher
United States District Court, District of Maryland
101 West Lombard Street, Chambers 7C
Baltimore, MD 21201

Re:     *State of Maryland v. ExxonMobil*, Case No. 1:18-cv-00459-SAG
        **Update on Response to Letter Order/ Request for Extension of Time**

Dear Judge Gallagher:

The parties have received and reviewed the Court's letter order, and negotiations are taking place, including a meeting scheduled for early this week. We hope that those discussions and negotiations will be fruitful, but we do not anticipate that they can be completed by the Court's stated deadline of August 17, 2026, to advise the Court on how it should proceed in light of its intended ruling. Accordingly, the parties[1] request additional time, until September 4, 2026, to respond to the Court about potential next steps.

Further, if the parties make progress, they may seek to avail themselves of Judge Aslan's generous offer to mediate further. If so, the parties will contact Judge Aslan and notify the Court before September 4.

Respectfully submitted,

/s/

Derek Y. Sugimura

*Counsel for Plaintiff State of Maryland*

CC: All Counsel of Record (via CM/ECF)

---

[1] Plaintiff has contacted Liaison Counsel for Defendants, counsel for certain Non-Settling Defendants directly involved in negotiations, and counsel for all Settling Defendants to request their consent. Plaintiff has received consent from counsel for the ExxonMobil, Shell, Chevron, Sunoco, Total, Kinder Morgan, Conoco, Gulf/CFI, Citgo, Duke, Lukoil, Hartree, Valero, and NuStar Defendants, but other Defendants have not responded directly. However, no party has registered any objection to the proposed extension or the contents of this letter filing.